**EXHIBIT A**

**LOCAL BANKRUPTCY RULE 2014-1 DISCLOSURES REGARDING
PAYMENTS WITHIN 90 DAYS OF THE BANKRUPTCY**

| Date Payment Received | Amount Received | Amount Applied to Services Rendered Before Receipt | Amount Applied to Services Rendered After Receipt | Amount Remaining On Petition Date |
|---|---|---|---|---|
| 2/17/2026 | $20,000.00 | $0.00 | $0.00 | $18,262.00 |