# Exhibit 1

 

**RECORDER OF DEEDS
MONTGOMERY COUNTY**
*Jeanne Sorg*

One Montgomery Plaza
Swede and Airy Streets ~ Suite 303
P.O. Box 311 ~ Norristown, PA 19404
Office: (610) 278-3289 ~ Fax: (610) 278-3869

**DEED BK 6077 PG 00649 to 00653.4**
INSTRUMENT # : 2018003948
RECORDED DATE: 01/17/2018 03:40:05 PM



3557811-0022R

**MONTGOMERY COUNTY ROD**

| OFFICIAL RECORDING COVER PAGE | | Page 1 of 9 |
|---|---|---|
| **Document Type:** Deed | **Transaction #:** | 3690337 - 4 Doc(s) |
| **Document Date:** 01/12/2018 | **Document Page Count:** | 4 |
| **Reference Info:** | **Operator Id:** | dkrasley |

| **RETURN TO:** (Simplifile) | **PAID BY:** |
|---|---|
| Land Services USA, Inc.  Robert Chalphin Assoc. Inc | LAND SERVICES USA INC  ROBERT CHALPHIN ASSOC |
| 515 Swede Street | INC |
| Norristown, PA 19401 | |
| (610) 279-8290 | |

**\* PROPERTY DATA:**

| | |
|---|---|
| Parcel ID #: | 19-00-04544-00-9 |
| Address: | 301 WALNUT ST |
| | ROYERSFORD  PA 19468 |
| Municipality: | Royersford Borough (100%) |
| School District: | Spring-Ford Area |

**\* ASSOCIATED DOCUMENT(S):**

| **CONSIDERATION/SECURED AMT:** | **$200,000.00** | DEED BK 6077 PG 00649 to 00653.4 |
|---|---|---|
| **TAXABLE AMOUNT:** | **$200,000.00** | Recorded Date: 01/17/2018 03:40:05 PM |
| **FEES / TAXES:** | | |
| Recording Fee:Deed | $86.75 | I hereby CERTIFY that this document is |
| State RTT | $2,000.00 | recorded in the Recorder of Deeds Office in |
| Royersford Borough RTT | $1,000.00 | Montgomery County, Pennsylvania. |
| Spring-Ford Area School District RTT | $1,000.00 | |
| **Total:** | **$4,086.75** | |



**Jeanne Sorg
Recorder of Deeds**

Rev1 2016-01-29

# PLEASE DO NOT DETACH
## THIS PAGE IS NOW PART OF THIS LEGAL DOCUMENT
NOTE: If document data differs from cover sheet, document data always supersedes.
\*COVER PAGE DOES NOT INCLUDE ALL DATA, PLEASE SEE INDEX AND DOCUMENT FOR ANY ADDITIONAL INFORMATION

ɡitally signed 02/13/2026 by montgomery.county.rod@govos.com

*Certified and Digitally Signed*

eCertified copy of recorded # 2018003948 (page 1 of 9)
Montgomery County Recorder of Deeds

**Prepared By:**

Matthew G. Hauber, Esquire
Riley Riper Hollin & Colagreco, P.C.
717 Constitution Drive, Ste. 201
P.O. Box 1265
Exton, PA 19341

**When Recorded, Return To:**

Matthew G. Hauber, Esquire
Riley Riper Hollin & Colagreco, P.C.
717 Constitution Drive, Ste. 201
P.O. Box 1265
Exton, PA 19341

MONTGOMERY COUNTY COMMISSIONERS REGISTRY
19-00-04544-00-9    ROYERSFORD BOROUGH
301 WALNUT ST
ROYERSFORD FIRE DEPARTMENT                    $15.00
B 014 L  U 041  5929 01/17/2018                    JU

**Parcel No.  19-00-04544-00-9**

## SPECIAL WARRANTY DEED

**THIS DEED** is made this 12th day of January, 2018, between **ROYERSFORD FIRE DEPARTMENT**, a Pennsylvania non-profit corporation (hereinafter called the "Grantor") and **SPRING MOUNTAIN BREWING COMPANY, LLC**, a Pennsylvania limited liability company (hereinafter called the "Grantee").

**WITNESSETH,** that the Grantor, for and in consideration of the sum of TWO HUNDRED THOUSAND AND 00/100 DOLLARS ($200,000.00) lawful money of the United States of America, unto it well and truly paid by the Grantee, at or before the sealing and delivery hereof, the receipt whereof is hereby acknowledged, has granted, bargained and sold, released and conveyed, and by these presents does grant, bargain and sell, release and convey unto the Grantee, its respective successors and assigns,

**ALL THAT CERTAIN** lot or parcel of land situate in Royersford Borough, Montgomery County, Commonwealth of Pennsylvania, bounded and described as set forth in the legal description attached to this Deed as Exhibit "A" and incorporated by reference.

**UNDER AND SUBJECT** to all covenants, conditions, restrictions, easements, rights of way and reservations of record, to the extent valid, subsisting and enforceable.

**TOGETHER** with all and singular the buildings, improvements, ways, streets, alleys, driveways, passages, waters, water-courses, rights, liberties, privileges, hereditaments and appurtenances, whatsoever unto the hereby granted premises belonging, or in any wise appertaining, and the reversions and remainders, rents, issues, and profits thereof; and all the

*833580.1*

1

eCertified copy of recorded # 2018003948 (page 2 of 9)
Montgomery County Recorder of Deeds

estate, right, title, interest, property, claim and demand whatsoever of it, the Grantor, in law, equity, or otherwise howsoever, of, in and to the same and every part thereof.

**TO HAVE AND TO HOLD** the said lot or piece of ground above described with the buildings and improvements thereon erected, hereditaments and premises hereby granted, or mentioned and intended so to be, with the appurtenances, unto the Grantee, its respective successors and assigns, to and for the only proper use and behoof of the Grantee, its respective successors and assigns forever.

**UNDER AND SUBJECT**, as aforesaid.

**AND** the Grantor, for itself and its respective successors and assigns, does covenant, promise and agree, to and with the Grantee, its respective successors and assigns, by these presents, that it, the Grantor, and its respective successors and assigns, all and singular the buildings, hereditaments and premises hereby granted or mentioned and intended so to be, with the appurtenances, unto the Grantee, its respective successors and assigns, against the Grantor and its respective successors and assigns, and against all and every person and persons whomsoever lawfully claiming or to claim the same or any part thereof, by, from or under it or any of them, shall and will, subject as aforesaid, WARRANT and forever DEFEND.

**IN WITNESS WHEREOF**, the Grantor has hereunto set its hand and seal. Dated the day and year first above written.

ROYERSFORD FIRE DEPARTMENT,
a Pennsylvania non-profit corporation

By /s/ _____
George Giuliano, President

833580.1                                            2

eCertified copy of recorded # 2018003948 (page 3 of 9)
Montgomery County Recorder of Deeds



COMMONWEALTH OF PENNSYLVANIA     :
                                           : ss.

COUNTY OF MONTGOMERY              :

On this 12th day of January, 2018, before me a Notary Public in and for the Commonwealth of Pennsylvania, the undersigned officer, personally appeared George Gilliano, who acknowledged himself to be President of ROYERSFORD FIRE DEPARTMENT, a Pennsylvania non-profit corporation, and that he as such President, being authorized to do so, executed the foregoing instrument for the purposes therein contained by signing the name of the company by himself as such President.

In Witness Whereof, I hereunto set my hand and official seal.

                                                             [SEAL]
                                 Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
DANIELLE DELUZIO, Notary Public
Municipality Of Norristown, Montgomery Co.
My Commission Expires September 2, 2018

## Certification of Address

I hereby certify that the address of the within-named Grantee is:

1719 Ferndale Avenue
Abington, PA 19001

On Behalf of the Grantee

*833580.1*

3

eCertified copy of recorded # 2018003948 (page 4 of 9)
Montgomery County Recorder of Deeds

## Exhibit "A"
## Legal Description

All that certain lot or piece of ground, with the buildings and improvements thereon erected, Situate in the Borough of Royersford, County of Montgomery and Commonwealth of Pennsylvania, bounded and described according to a Plan prepared by Bercek and Smith Engineering, Inc., dated 1/9/2018, as follows, to wit:

Beginning at a point on the title line in the bed of Third Avenue (53 feet wide) at its point of intersection with the title line in the bed of Walnut Street (57 feet wide); thence extending from said beginning point and along the title line through the bed of Third Avenue North 40 degrees 00 minutes 00 seconds West 88.80 feet to a point, a corner; thence leaving Third Avenue and extending North 49 degrees 16 minutes 25 seconds East 135.33 feet to a point, a corner; thence extending South 39 degrees 30 minutes 00 seconds East 87.77 feet to a point on the title line in the bed of Walnut Street aforesaid; thence extending along the title line through the bed of Walnut Street South 48 degrees 50 minutes 00 seconds West 134.58 feet to the point of intersection with the title line in the bed of Third Avenue, the first mentioned point and place of beginning.

Being known as 301 Walnut Street.

Being Tax Parcel No. 19-00-04544-00-9.

eCertified copy of recorded # 2018003948 (page 5 of 9)
Montgomery County Recorder of Deeds

6077
00649
01/17/2018 03:40:05 PM
Addendum (6) of (1)8

**Prepared By:**

Matthew G. Hauber, Esquire
Riley Riper Hollin & Colagreco, P.C.
717 Constitution Drive, Ste. 201
P.O. Box 1265
Exton, PA 19341


**When Recorded, Return To:**

Matthew G. Hauber, Esquire
Riley Riper Hollin & Colagreco, P.C.
717 Constitution Drive, Ste. 201
P.O. Box 1265
Exton, PA 19341

**Parcel No. 19-00-04544-00-9**

## SPECIAL WARRANTY DEED

**THIS DEED** is made this 12th day of January, 2018, between **ROYERSFORD FIRE DEPARTMENT**, a Pennsylvania non-profit corporation (hereinafter called the "Grantor") and **SPRING MOUNTAIN BREWING COMPANY, LLC**, a Pennsylvania limited liability company (hereinafter called the "Grantee").

**WITNESSETH**, that the Grantor, for and in consideration of the sum of TWO HUNDRED THOUSAND AND 00/100 DOLLARS ($200,000.00) lawful money of the United States of America, unto it well and truly paid by the Grantee, at or before the sealing and delivery hereof, the receipt whereof is hereby acknowledged, has granted, bargained and sold, released and conveyed, and by these presents does grant, bargain and sell, release and convey unto the Grantee, its respective successors and assigns,

**ALL THAT CERTAIN** lot or parcel of land situate in Royersford Borough, Montgomery County, Commonwealth of Pennsylvania, bounded and described as set forth in the legal description attached to this Deed as Exhibit "A" and incorporated by reference.

**UNDER AND SUBJECT** to all covenants, conditions, restrictions, easements, rights of way and reservations of record, to the extent valid, subsisting and enforceable.

**TOGETHER** with all and singular the buildings, improvements, ways, streets, alleys, driveways, passages, waters, water-courses, rights, liberties, privileges, hereditaments and appurtenances, whatsoever unto the hereby granted premises belonging, or in any wise appertaining, and the reversions and remainders, rents, issues, and profits thereof; and all the



*833580.1*

1

eCertified copy of recorded # 2018003948 (page 6 of 9)
Montgomery County Recorder of Deeds

estate, right, title, interest, property, claim and demand whatsoever of it, the Grantor, in law, equity, or otherwise howsoever, of, in and to the same and every part thereof.

**TO HAVE AND TO HOLD** the said lot or piece of ground above described with the buildings and improvements thereon erected, hereditaments and premises hereby granted, or mentioned and intended so to be, with the appurtenances, unto the Grantee, its respective successors and assigns, to and for the only proper use and behoof of the Grantee, its respective successors and assigns forever.

**UNDER AND SUBJECT**, as aforesaid.

**AND** the Grantor, for itself and its respective successors and assigns, does covenant, promise and agree, to and with the Grantee, its respective successors and assigns, by these presents, that it, the Grantor, and its respective successors and assigns, all and singular the buildings, hereditaments and premises hereby granted or mentioned and intended so to be, with the appurtenances, unto the Grantee, its respective successors and assigns, against the Grantor and its respective successors and assigns, and against all and every person and persons whomsoever lawfully claiming or to claim the same or any part thereof, by, from or under it or any of them, shall and will, subject as aforesaid, WARRANT and forever DEFEND.

**IN WITNESS WHEREOF**, the Grantor has hereunto set its hand and seal. Dated the day and year first above written.

ROYERSFORD FIRE DEPARTMENT,
a Pennsylvania non-profit corporation

By: _____
George Giuliano, President

eCertified copy of recorded # 2018003948 (page 7 of 9)
Montgomery County Recorder of Deeds

COMMONWEALTH OF PENNSYLVANIA        :
                                     : ss.
COUNTY OF MONTGOMERY                 :

On this 12th day of January, 2018, before me a Notary Public in and for the Commonwealth of Pennsylvania, the undersigned officer, personally appeared George Gilliano, who acknowledged himself to be President of ROYERSFORD FIRE DEPARTMENT, a Pennsylvania non-profit corporation, and that he as such President, being authorized to do so, executed the foregoing instrument for the purposes therein contained by signing the name of the company by himself as such President.

In Witness Whereof, I hereunto set my hand and official seal.

_____ [SEAL]
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
DANIELLE DELUZIO, Notary Public
Municipality Of Norristown, Montgomery Co.
My Commission Expires September 2, 2018

**Certification of Address**

I hereby certify that the address of the within-named Grantee is:

1719 Ferndale Avenue
Abington, PA 19001

_____
On Behalf of the Grantee


833580.1

3

eCertified copy of recorded # 2018003948 (page 8 of 9)
Montgomery County Recorder of Deeds



## Exhibit "A"
## Legal Description

All that certain lot or piece of ground, with the buildings and improvements thereon erected, Situate in the Borough of Royersford, County of Montgomery and Commonwealth of Pennsylvania, bounded and described according to a Plan prepared by Bercek and Smith Engineering, Inc., dated 1/9/2018, as follows, to wit:

Beginning at a point on the title line in the bed of Third Avenue (53 feet wide) at its point of intersection with the title line in the bed of Walnut Street (57 feet wide); thence extending from said beginning point and along the title line through the bed of Third Avenue North 40 degrees 00 minutes 00 seconds West 88.80 feet to a point, a corner; thence leaving Third Avenue and extending North 49 degrees 16 minutes 25 seconds East 135.33 feet to a point, a corner; thence extending South 39 degrees 30 minutes 00 seconds East 87.77 feet to a point on the title line in the bed of Walnut Street aforesaid; thence extending along the title line through the bed of Walnut Street South 48 degrees 50 minutes 00 seconds West 134.58 feet to the point of intersection with the title line in the bed of Third Avenue, the first mentioned point and place of beginning.

Being known as 301 Walnut Street.

Being Tax Parcel No. 19-00-04544-00-9.

*833580.1*

4

eCertified copy of recorded # 2018003948 (page 9 of 9)
Montgomery County Recorder of Deeds

# Exhibit 2

# Appraisal One, Inc.

150 Cooper Road • Suite A-3 • West Berlin, NJ 08091
7201 Frankford Avenue • #928 • Philadelphia, PA 19135
856-753-3030 • Fax 856-753-3046 • E-Mail: officeappraisalone@gmail.com

**- Appraisal Report -
Micro-Brewery, Bar, Restaurant Property
301 Walnut Street
Royersford, Pennsylvania 19468
Borrower: Sprint Mountain Brewing Company, LLC
Client ID: COM-3573-1**

Date of Report
June 3, 2025

Effective Date of the Appraisal
June 2, 2025 - As Is Market Value

Prepared for:

Ms. Xenia Troche
Credit Assistant
1st Colonial Community Bank
1000 Atrium Way, Suite 200
Mount Laurel, NJ 08054

Prepared by:

Adam Frett, Sr., SCGREA
Principal/Appraiser
PA State Certification #GA004107
Expiration: June 30, 2027

**Appraisal One, Inc.**

---

150 Cooper Road • Suite A-3 • West Berlin, NJ 08091
7201 Frankford Avenue • #928 • Philadelphia, PA 19135
856-753-3030 • Fax 856-753-3046 • E-Mail: officeappraisalone@gmail.com

June 3, 2025

Ms. Xenia Troche
Credit Assistant
1st Colonial Community Bank

**- Appraisal Report -**
**Micro-Brewery, Bar, Restaurant Property**
**301 Walnut Street**
**Royersford, Pennsylvania 19468**
**Borrower: Sprint Mountain Brewing Company, LLC**
**Client ID: COM-3573-1**

Dear Ms. Troche:

In response to your request for an appraisal of the above captioned property, we are pleased to submit this report. This letter of transmittal and the value stated below cannot be understood in isolation but must be placed within the context of the analysis of the report. Adam Frett last inspected the subject property on June 2, 2025.

**AS IS MARKET VALUE**
In my opinion, the As Is Market Value of the fee simple estate of the subject property **(real property only)**, subject to the assumptions and limiting conditions set forth below and herein, as of June 2, 2025, is:

**ONE MILLION SEVEN HUNDRED FIFTY THOUSAND DOLLARS**
**$1,750,000**

The value opinion in this report is qualified by certain assumptions, limiting conditions, certifications, and definitions. I particularly call your attention to the extraordinary assumptions and hypothetical conditions listed below:

**EXTRAORDINARY ASSUMPTIONS**
This appraisal does not employ any extraordinary assumptions.

**HYPOTHETICAL CONDITIONS**
This appraisal does not employ any hypothetical conditions.

**GENERAL ASSUMPTIONS AND LIMITING CONDITIONS**
Refer to addenda for a full list of general assumptions and limiting conditions.

1st Colonial Community Bank
Ms. Xenia Troche
June 3, 2025
Page 2 of 2

USPAP 2014 permits appraisal reports to be communicated as (1) an Appraisal Report or (2) a Restricted Appraisal Report. No longer will there be a Summary Appraisal Report or a Self-Contained Appraisal Report. This report is identified as an Appraisal Report. Furthermore, this Appraisal Report has been written in compliance with current USPAP regulations.

The estimate of "market value" is in accordance with the definition set forth by the Board of Governors of the Federal Reserve System, under Title XI of the Federal Financial Institutions Reform Recovery, and Enforcement Act of 1989 ("FIRREA"), effective August 9, 1990.  Additionally, this appraisal is being made in accordance with the appraisal guidelines and standards set forth by 1st Colonial Community Bank.

This letter is invalid as an opinion of value if detached from the report, which contains the text, exhibits, and Addenda.

Adam Frett previously appraised the subject property in April 2024.  We have performed no other services relating to the subject property, as appraisers or in any other capacity, within the three-year period preceding acceptance of this appraisal assignment.

The descriptions and conclusions set forth in this appraisal are subject to the General Assumptions and Limiting Conditions which follow the Certificate of Appraisal. Thank you for the opportunity of being of service to you.

Sincerely,

**APPRAISAL ONE, INC.**

Adam Frett, Sr., SCGREA
Principal/Appraiser
PA State Certification #GA004107
Expiration: June 30, 2027

Appraisal One, Inc.                                    301 Walnut Street, Borough of Royersford, Montgomery County, Pennsylvania

## TABLE OF CONTENTS

SUMMARY OF SALIENT FACTS ................................................................................17

SCOPE OF WORK ...............................................................................................18

PROPERTY RIGHTS APPRAISED .............................................................................19

CLIENT/INTENDED USER/USE ................................................................................19

DEFINITION OF "MARKET VALUE" ...........................................................................20

AREA DATA .......................................................................................................21

MARKETING TIME/EXPOSURE TIME .........................................................................29

SUBJECT PROPERTY ...........................................................................................30

ASSESSMENT AND TAX INFORMATION .....................................................................37

ZONING ...........................................................................................................38

HIGHEST AND BEST USE ANALYSIS ........................................................................40

THE APPRAISAL PROCESS ....................................................................................43

SALES COMPARISON APPROACH ............................................................................44

INCOME APPROACH ............................................................................................57

CONCLUSION .....................................................................................................68

CERTIFICATION STATEMENT .................................................................................69

GENERAL ASSUMPTIONS AND LIMITING CONDITIONS .................................................70

DEFINITIONS OF SOME COMMON APPRAISAL TERMINOLOGY ........................................72

ADDENDA .........................................................................................................75

QUALIFICATIONS & STATE CERTIFICATION ...............................................................81

Appraisal One, Inc.                                301 Walnut Street, Borough of Royersford, Montgomery County, Pennsylvania

## PHOTOGRAPHIC VIEWS



Exterior views of subject property



Appraisal One, Inc.                                    301 Walnut Street, Borough of Royersford, Montgomery County, Pennsylvania

## PHOTOGRAPHIC VIEWS



Exterior views of subject property



29101                                                                                                                        6

Appraisal One, Inc.        301 Walnut Street, Borough of Royersford, Montgomery County, Pennsylvania

## PHOTOGRAPHIC VIEWS



Street views along South 3rd Avenue



Appraisal One, Inc.                    301 Walnut Street, Borough of Royersford, Montgomery County, Pennsylvania

## PHOTOGRAPHIC VIEWS



Street views along Walnut Street



29101                                                                                                          8

Appraisal One, Inc. 301 Walnut Street, Borough of Royersford, Montgomery County, Pennsylvania

## PHOTOGRAPHIC VIEWS



Bar area



29101 9

Appraisal One, Inc.                                    301 Walnut Street, Borough of Royersford, Montgomery County, Pennsylvania

## PHOTOGRAPHIC VIEWS



Restrooms



Appraisal One, Inc.        301 Walnut Street, Borough of Royersford, Montgomery County, Pennsylvania

## PHOTOGRAPHIC VIEWS



Kitchen



Appraisal One, Inc.                    301 Walnut Street, Borough of Royersford, Montgomery County, Pennsylvania

## PHOTOGRAPHIC VIEWS



Walk in freezer and sprinkler main



Appraisal One, Inc.                                    301 Walnut Street, Borough of Royersford, Montgomery County, Pennsylvania

## PHOTOGRAPHIC VIEWS



Main electrical panel (in basement) and brewing area



Appraisal One, Inc.                              301 Walnut Street, Borough of Royersford, Montgomery County, Pennsylvania

## PHOTOGRAPHIC VIEWS



Brewing area and 2nd floor seating area



Appraisal One, Inc.                                          301 Walnut Street, Borough of Royersford, Montgomery County, Pennsylvania

## PHOTOGRAPHIC VIEWS



2nd floor bar area and restroom



Appraisal One, Inc.                               301 Walnut Street, Borough of Royersford, Montgomery County, Pennsylvania

## PHOTOGRAPHIC VIEWS



Outdoor deck area

Appraisal One, Inc.                                301 Walnut Street, Borough of Royersford, Montgomery County, Pennsylvania

# SUMMARY OF SALIENT FACTS

| | | |
|---|---|---|
| Identification and Location | : | Micro-Brewery, Bar, Restaurant Property<br>301 Walnut Street<br>Royersford, Pennsylvania 19468 |
| Municipality/County | : | Borough of Royersford, Montgomery County |
| Tax Map Reference | : | Map #14 Lot #41 Grid #7671E5 |
| Tax/Parcel ID | : | 19-00-04544-009 |
| Ownership | : | Spring Mountain Brewing Company, LLC |
| Occupancy | : | Owner-occupied |
| Purpose of Appraisal | : | Estimate the as is market value of the fee simple estate (real property only).  No personal property or business goodwill is being valued in this report. |
| Real Estate Taxes | : | $11,081.97 (2025) As Is |
| Land Area | : | 0.293 acre(s); mostly rectangular lot configuration |
| FEMA Zone | : | Zone X (an area determined to be outside the 0.2% annual chance flood) |
| Building Improvements | : | 6,235 square foot, 1 and part 2-story, masonry constructed micro-brewery, bar, restaurant building; overall the building is considered to be in good condition |
| LTB Ratio/Easements | : | 2.05 to 1; According to the tax map, there appear to be no encumbrances or easements affecting the site. |
| Zoning | : | R-3 (Residence) District<br>     Land use is legal, non-conforming<br>     Development standards are conforming (as vacant) |
| Highest and Best Use<br>As Vacant<br>As Improved | :<br>: | <br>Residential development, in accordance with zoning regulations<br>Continuation of the current use |
| Estimated Marketing Time<br>Estimated Exposure Time | :<br>: | 9 to 12 months<br>9 to 12 months |
| Date of Inspection<br>Effective Date of Valuation<br>Date of Report | :<br>:<br>: | June 2, 2025<br>June 2, 2025 - As Is Market Value<br>June 3, 2025 |

29101                                                                                                              17

Appraisal One, Inc.                                    301 Walnut Street, Borough of Royersford, Montgomery County, Pennsylvania

## SCOPE OF WORK

This appraisal is intended to comply with the reporting requirements outlined under the USPAP for an appraisal report. The scope of work of an assignment establishes the framework within which the opinions and conclusions are developed. The report was also prepared to comply with the requirements of the Code of Professional Ethics of the Appraisal Institute and the Financial Institutions Reform, Recovery and Enforcement Act of 1989 (FIRREA), Title XI Regulations. The scope of work services rendered in this appraisal consists of:

1. Definition of valuation question. The client has requested the As Is Market Value of the fee simple estate (real property only).
2. Data sources – Assemblage of primary and secondary data relevant to the subject property.  The data may include but is not limited to public records, online subscriber services (e.g., Multiple Listing Service (MLS), costar.com, and loopnet.com), in-house data, and conversations with local market participants (i.e., real estate agents).
3. Supplied Information - No specific documents pertaining to the subject property were provided.
4. Physical Characteristics - Data has been collected about the characteristics of the subject that are significant in the market for this type of property under its highest and best use.
5. Significant Real Property Appraisal Assistance- No significant appraisal assistance was provided.
6. Physical inspection of subject property - An interior and exterior inspection was conducted.  If a room(s) was/were locked or otherwise inaccessible, it was not inspected and I assume that the overall condition remains the same.  The mechanicals were observed where readily accessible but were not tested and are assumed to be operational unless otherwise noted. The rooftop and attic areas were not inspected.
7. Consideration of relevant economic and demographic data
8. Verification with knowledgeable and reliable sources of the property
9. Consideration of zoning and/or other restrictions
10. Highest and best use analysis
11. Application of the appropriate valuation methods generally accepted market derived methods and procedures appropriate to this assignment. Please refer to Appraisal Process section of report.
12. Reconciliation of value estimates
13. Value conclusion

**Extraordinary Assumptions** – This appraisal does not employ any extraordinary assumptions.

**Hypothetical Conditions** – This appraisal does not employ any hypothetical conditions.

29101                                                                                                        18

Appraisal One, Inc.          301 Walnut Street, Borough of Royersford, Montgomery County, Pennsylvania

## PROPERTY RIGHTS APPRAISED

The property is being appraised as a whole, free of all liens, and subject to existing leases and encumbrances specifically identified in the body of the report. The most complete "bundle-of-rights" are known as "fee simple" which constitutes the property rights valued in the appraisal.  The Fee Simple Estate is defined in The Dictionary of Real Estate, Sixth Edition by the Appraisal Institute, as "absolute ownership unencumbered by any other interest or estate, subject only to the limitations imposed by the governmental powers of taxation, eminent domain, police powers, and escheat." The Leased Fee Estate is defined in The Dictionary of Real Estate, Sixth Edition by the Appraisal Institute, as "a freehold (ownership interest) where the possessory interest has been granted to another party by creation of a contractual landlord-tenant relationship (i.e. lease)."  The appraisal is limited to the subject's real property unless stated otherwise. Real property is defined in The Dictionary of Real Estate, Sixth Edition by the Appraisal Institute, as "the interests, benefits, and rights inherent in the ownership of real estate." A right or interest in real property is also referred to as an estate. Real property is said to be a "bundle-of-rights" including the right to: sell, use, occupy, lease, give away or do nothing.

*At the request of the client, this appraisal considers the As Is Market Value of the fee simple estate. This appraisal considers the real property only.  Any value attributable to the subject's non-realty (i.e.- business goodwill, liquor license and personal property) is beyond the scope of the real property only appraisal contained herein.*

## CLIENT/INTENDED USER/USE

This appraisal report is intended only for use by 1st Colonial Community Bank, including its internal management, and regulatory authorities.  It may not be distributed to or relied upon by other persons or entities without written permission. The client of this report is 1st Colonial Community Bank. The intended use of this appraisal is to estimate the market value as it relates to collateral for proposed/existing loans to the named Borrower.  No other intender users or uses are specifically included.

Appraisal One, Inc.                                301 Walnut Street, Borough of Royersford, Montgomery County, Pennsylvania

## DEFINITION OF "MARKET VALUE"

"Market Value" is defined as:

"the most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus.  Implicit in this definition is consummation of a sale as of a specified date and passing of title from seller to buyer under conditions whereby:"

1.  Buyer and seller are typically motivated.

2.  Both parties are well-informed or well advised, and each acting in what he considers his own best interest.

3.  A reasonable time is allowed for exposure in the open market.

4.  Payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto.

5.  The price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.

This definition is from regulations published by federal regulatory agencies pursuant to Title XI of the Financial Institutions Reform, Recovery, and Enforcement Act (FIRREA) of 1989 between July 5, 1990, and August 24, 1990, by the Federal Reserve System (FRS), National Credit Union Administration (NCUA), Federal Deposit Insurance Corporation (FDIC), the Office of Thrift Supervision (OTS), and the Office of Comptroller of the Currency (OCC). This definition is also referenced in regulations jointly published by the OCC, OTS, FRS, and FDIC on June 7, 1994, and in the Interagency Appraisal and Evaluation Guidelines, dated October 27, 1994.

Appraisal One, Inc.                    301 Walnut Street, Borough of Royersford, Montgomery County, Pennsylvania

## AREA DATA

The subject property is in Royersford Borough, Montgomery County, Pennsylvania, and located within the MSA (Metropolitan Statistical Area) known as Philadelphia, PA-NJ. It is part of the southeastern Pennsylvania region. The City of Philadelphia, which is the 5th largest city in the United States, is the economic and cultural focal point for the larger metropolitan area referred to as the Delaware Valley. This area, as defined by the Delaware Valley Regional Planning Commission (DVRPC) consists of Philadelphia, Bucks, Chester, Delaware, and Montgomery Counties in Pennsylvania; and Burlington, Camden, Gloucester, and Mercer Counties in New Jersey. Philadelphia, which contains 129 +/- square miles is situated in the approximate center of the Delaware Valley, which extends from Wilmington, Delaware at the southerly end, to Trenton, New Jersey at the northerly end.

Travel in the region is facilitated by an extensive system of highways.  The major highways include I-95 (Delaware Expressway), I-76 (Schuylkill Expressway), I-476 (Blue Route) and the Pennsylvania Turnpike.  Other major thoroughfares include U.S. Routes 1, 3, 13, 202, 322, and 611.  Connections between Pennsylvania and New Jersey are facilitated via six bridges including: the Burlington-Bristol Bridge, Tacony-Palmyra Bridge, Betsy Ross Bridge, Ben Franklin Bridge, Walt Whitman Bridge, and the Commodore Barry Bridge.  In addition to vehicular transportation, there are various airports and rail lines.

Montgomery County is located in the Commonwealth of Pennsylvania. As of the 2020 census, the population was 856,553 making it the third most populous county in Pennsylvania, after Philadelphia and Allegheny counties. The 2020 population represents a 7.1% increase from the 799,884 enumerated in the 2010 census. The County seat is Norristown.  Montgomery County consists of a variety of land uses, ranging from farms and open land in Upper Hanover to densely populated row house streets in Cheltenham Township.  Montgomery County is a suburban county northwest of Philadelphia. It is part of the Delaware Valley and marks the region's northern border, with the Lehigh Valley region of the state to the north. The county has a total area of 487 square miles, of which 483 square mile is land and 4 square miles is water.

Montgomery County is a suburb of Philadelphia and consequently, many of the residents work in the City of Philadelphia. However, Montgomery County is also a major employment center with large business parks in Blue Bell, Lansdale, Fort Washington, Horsham, and King of Prussia.

Much of this employment strength is due to the county's proximity to major transportation routes. Montgomery County is conveniently located at the intersection of several important highways including the Pennsylvania Turnpike, Route 476, and the Schuylkill Expressway. The County also has numerous major freight rail lines, numerous utility pipelines, and extensive public transit facilities.

29101                                                                                          21

According to the United States Census Bureau, Royersford Borough has a total land area of 0.80 square miles and is located in the northwestern portion of Montgomery County.



The recent U.S. Census indicates a 2020 population of 4,940, representing an 3.7% increase from the 2010 census. The population density is 6,175 persons per square mile.

For purposes of this report, the neighborhood boundaries are best described as follows:

| | |
|---|---|
| **North** | Royersford Road |
| **South** | Gay Street |
| **East** | Gay Street |
| **West** | Schuylkill River |

The subject property is located on the northerly corner of Walnut Street and South 3rd Avenue, which is a non-signalized intersection.  Walnut Street is a lightly traveled two-lane road that traverses in a general northeast to southwest direction. South 3rd Avenue is a lightly traveled two-lane road extending northwest to southeast.  Walnut Street and South 3rd Avenue are predominantly improved with various style residential housing.  Additionally, the Royersford Fire Department is located across the street from the subject, and a municipal parking lot is adjacent to the subject property along South 3rd Avenue.  Downtown Royersford (Main Street), which is improved with a variety of commercial uses serving the community, is approximately 200 feet northwest of the subject.  U.S. Route 422 is the closest major highway, accessible approximately one mile northeast of the subject property.

Appraisal One, Inc.        301 Walnut Street, Borough of Royersford, Montgomery County, Pennsylvania

Utilizing BrightMLS, we have surveyed all properties within 0.20 miles of the subject, which depicts a more comprehensive summary of the surrounding property mix:



| Type | # |
|------|---|
| Apartment | 5 |
| Commercial | 48 |
| Exempt/Inst | 10 |
| Industrial | 3 |
| Mixed Use | 2 |
| Residential | 369 |
| Vacant | 4 |
| **Total** | **441** |



The neighborhood appears to be in the equilibrium (between market peak and market trough) stage. It is our opinion the outlook for the neighborhood is for modest growth in the near term.  Neighborhood commercial vacancy appears to be low.

Appraisal One, Inc.                                301 Walnut Street, Borough of Royersford, Montgomery County, Pennsylvania

## ECONOMIC & REAL ESTATE MARKET CONDITIONS

The Covid-19 pandemic impacted most of the world economies, financial markets, and real estate markets. Lockdowns, travel restrictions, masking mandates, altered consumer behaviors, and changes in "in-person" business dealings pummeled financial markets, disrupted supply chains contributing to steep price increases, shuttered small and large businesses, caused an initial increase in unemployment, drove people from urban centers, emptied office buildings, halted business travel and conferences, closed restaurants/bars, and stalled new development projects. This prompted numerous governmental stimulus measures in the face of widespread uncertainty on the short-term and long-term effects on economic conditions and real estate markets. Direct governmental monetary assistance to businesses and individuals served to assist in keeping businesses open and people employed and in their homes. By April 2020 the Federal Reserve had slashed interest rates to near zero, with a corresponding drop in 30-year home mortgage interest rates to historic lows.

The end of the Public Health Emergency (PHE) for COVID-19 was declared in May 2023 however by early to mid-2022 most perceived the emergency to effectively be over and the U.S. and the world are now adjusting to a new "normal". Government pandemic assistance has ended and there will be a resumption of repayments on federal student loans.

Economically, the most significant impact of the pandemic period and the stimulus measures was a dramatic increase in inflation coupled with continued strong employment and wage increases. This prompted the Federal Reserve to increase interest rates numerous times, at the fastest pace in decades, to try and bring inflation back to the desired level of 2% to 3% annually. The fast pace of rate increase gave investors and financial markets reason to pause. Additionally, the increase in interest rates caused an increase in the 30-year mortgage interest rates to over 7% by August 2023, a rate not seen since December 2000. This has led to a dramatic decrease in refinancing activity and a tendency for homeowners to "stay put" and not give up their 3% interest rates. Coupled with the slowdown of new construction activity during the pandemic, housing inventory dwindled, leading to historic and sustained price increases. Similarly, the rapid and significant rise in interest rates for business loans, including commercial real estate mortgage lending, has served to significantly dampen capital investment, refinancing, expansion plans, and new development.

In the face of such a rapid rise in inflation, consumer spending and employment levels have remained stubbornly strong. While inflation is not down to desired levels there has been marked improvement in the inflation data. The initial concern with the Feds rate increase policy was the negative effects on investment markets and the risk of triggering a recession by late 2023, albeit most have predicted that if there is a recession, it will likely be mild with a "soft landing." Corporate finances remain good and employers will avoid lay-offs in light of the continued tight labor market.

The U.S. economy, as measured by real Gross Domestic Product (GDP), is likely to perform better than expected, led by consumer spending, which makes up 65% of GDP. A continued improvement in the inflation numbers despite the still tight labor market should lead to a slow-down or ending of the Fed rate hikes and with supply chain issues mostly resolved the economic outlook is for cautious optimism.

Appraisal One, Inc.                                301 Walnut Street, Borough of Royersford, Montgomery County, Pennsylvania

Real estate markets felt the effects of the pandemic and the various public and governmental reactions to it. The impact on most market sectors has now been recognized although some uncertainty still exists in certain sectors. Commercial real estate (CRE) has been relatively resilient (except office) but deal activity continues to slow due to weaker demand and tighter bank lending standards. Continued challenges for the $4.5 trillion CRE market are expected as leases come up for renewal and debt matures in an environment of elevated interest rates. Lack of demand for office space and high vacancy will also likely slow recovery of the CRE market.

The residential housing market appears to be stabilizing after a 30-40% drop in activity from the start of the pandemic, while median house values remain elevated, at or near all-time highs due to strong demand, limited inventory, limited new construction, and the dramatic rise in building material costs during the pandemic. Home price increases have been dramatic, at the fastest pace since the 1970s. In March 2020 the median house price was $280,700. By July 2023 the median price had risen to $406,700. Demand was strong during the pandemic, fueled in part by historic low mortgage interest rates and by the flight from urban areas over health concerns and greater flexibility offered by remote working arrangements. Demand has been further stoked by investor purchases, which represented 26% of sales in June 2023 compared with 15% in March 2020. Despite the dramatic interest rate increases in 2022-2023 demand still outpaced supply but as mortgage interest rates start to decrease again and affordability concerns lessen, it is expected that supply/demand will begin to move closer to equilibrium.

The single-family housing shortage and affordability concerns benefitted the multi-family sector with strong demand and steady rent increases through the pandemic period. Rents continue to rise albeit more slowly due to the competitive pressure of record levels of new construction during the pandemic. The nationwide median vacancy was 3.9% in April 2023 but vacancy has started to increase and contraction is expected in the near-term with recovery or expansion again by year-end 2026.

Hardest hit by the pandemic was clearly the office sector as offices emptied and employers adapted by allowing remote work, a trend which had started pre-pandemic. Office workers largely embraced remote work and the return to the office has been slow and will likely never return to pre-pandemic levels. Vacancy was at 13.5% in August 2023. Hybrid working will mean the office sector will have to evolve as less space per employee is required. Near-term forecasts for the sector in 2024 are for oversupply, low demand, negative rent growth, high vacancy, and higher capitalization rates.

The retail sector took an initial hit during the pandemic but has been surprisingly resilient, especially for well-located centers. There was an increase in consumer spending during the pandemic and larger retailers learned quickly how to balance e-commerce and in-store sales. Current vacancy is strong and stable at 4.2%, due in part to demolition of older outdated centers and constrained new construction. Forecasts for the sector are for reduced vacancy, balanced rent growth, and a stabilization of capitalization rates through 2026.

Appraisal One, Inc.                              301 Walnut Street, Borough of Royersford, Montgomery County, Pennsylvania

The most resilient sector during the pandemic was the industrial sector. It had been strong prior to the pandemic as well, with the advent and rapid increase in e-commerce and "just in time" inventory practices. There are signs that the sector may be starting to soften after years of unprecedented strength although vacancy is still near 20-year lows. Rents and prices are still increasing albeit more slowly due to the competition from robust new development activity, declining U.S. imports, and the economic uncertainty that is leading retailers/wholesalers to temporarily halt inventory accumulation. Forecasts are for gradually increasing vacancy, slowing rent growth, and rising capitalization rates through 2026.

For more localized market information we consulted CoStar Analytics for specific property types to identify recent trends and forecasts. For retail properties within a two-mile radius of the subject, a summary of recent indicators is set forth below:



The indicated vacancy is currently 1.4%, representing a slight decrease from the prior period. The current indicated market capitalization rate is 7.7%, which is stable compared to the previous period. Additionally, market asking rents for retail space in this area are currently averaging $17.93/sf, which has increased gradually over the past several quarters.

Appraisal One, Inc.                                    301 Walnut Street, Borough of Royersford, Montgomery County, Pennsylvania

According to Costar.com, there have been no new construction retail starts within the surveyed area since 2024.  It appears that retail supply and demand in the area is currently in balance.

In conclusion, the surveyed area is an established market that has exhibited vacancy and rental rate patterns similar to the surrounding regional market.  Future market conditions in the immediate area are anticipated to remain consistent with regional market conditions.

It should be noted that the indicators termed "Market" are defined by CoStar as modeled rates for properties in a particular geographic area and do not represent specific closed transactional data. Nonetheless it is deemed a general indicator of capitalization rates for a particular property type for a particular area.

Historical trends and forecasted indicators for other market statistics identified by CoStar Analytics, including market sale prices, market asking rents, and sales activity were also reviewed. In general, it appears that this market has shown signs of overall stability in the past year.  Forecasts are for continued stabilization in 2025-2026.

Source Data: Forbes, J.P. Morgan Chase, CBRE, PwC, Bankrate.com, National Association of Realtors, Cushman & Wakefield

Appraisal One, Inc.                          301 Walnut Street, Borough of Royersford, Montgomery County, Pennsylvania

## SUBJECT LOCATION MAPS





Appraisal One, Inc.                              301 Walnut Street, Borough of Royersford, Montgomery County, Pennsylvania

# MARKETING TIME/EXPOSURE TIME

## Exposure Time

Based on our review of national investor surveys, discussions with market participants and information gathered during the sales verification process, a reasonable exposure time for the subject property at the value concluded within this report would have been approximately 9 to 12 months. This assumes an active and professional marketing plan would have been employed by the current owner.

## Marketing Time

By definition, exposure time differs from marketing time in that exposure time always precedes the effective date of an appraisal while marketing time begins immediately after the effective date of an appraisal. Furthermore, unlike exposure time, marketing time considers the anticipated changes in market conditions.  Based on our review of national investor surveys, discussions with market participants and information gathered during the sales verification process, a reasonable marketing time for the subject property at the value concluded within this report is approximately 9 to 12 months. This assumes an active and professional marketing plan will be employed by the current owner.

Appraisal One, Inc.                                301 Walnut Street, Borough of Royersford, Montgomery County, Pennsylvania

# SUBJECT PROPERTY

**Subject History**

The subject property has been owned by the current owners since January 12, 2018, when it was purchased from Royersford Fire Department for a recorded consideration of $200,000. This transaction is evidenced in a deed recorded in the Montgomery County Recorder of Deeds Office Book 6077/649.  After acquisition, the building was extensively renovated and fit-out or use as a micro-brewery and restaurant. There are no known transfers of the subject property within the past three years.

According to the property owner, MLS records, Costar and Loopnet, the subject property is not under agreement of sale, nor is it currently being actively marketed for sale.

**Site Description**

The subject property is identified within the Borough of Royersford as Tax Map #14 Lot #41 Grid #7671E5; and the Parcel/Tax ID is 19-00-04544-009. The location is identified as Latitude 40.183377 Longitude -75.539793.  The site comprises an approximate 0.293 acres, or 12,775 square feet, with 134.70 feet of primary frontage along Walnut Street.  The site also has 64.20 feet of secondary frontage along South 3rd Avenue.

**Site**

| | |
|---|---|
| Size | 0.293 acres, or 12,775 square feet (source: tax records) |
| Configuration | Mostly rectangular lot configuration |
| Topography | Generally cleared and level |
| Drainage | Appears adequate |
| In Flood Plain? | No |
| Flood Map # | 42091C0216G |
| Date of Flood Map | March 2, 2016 |
| Flood Zone | Zone X (an area determined to be outside the 0.2% annual chance flood) |
| Utilities | Public water, public sewer, natural gas and electric |
| Encumbrances/ Easements | According to the tax map, there appear to be no encumbrances or easements affecting the site. |
| Ground Stability | We were not provided with a soil report. It is assumed that the load bearing capacity of the soil is sufficient to support the existing structure. No evidence was observed to the contrary during the physical inspection of the property. |

29101                                                                                                                    30

Appraisal One, Inc.                     301 Walnut Street, Borough of Royersford, Montgomery County, Pennsylvania

| | |
|---|---|
| Hazardous Substances | At the time of inspection of the subject property no evidence of toxic or hazardous substances was observed. However, we are not trained to perform technical environmental inspections and recommend the hiring of a professional engineer with expertise in this field if a definitive determination is required. |

### Streets, Access, Frontage

| | |
|---|---|
| Grade | At street grade |
| Parcel Type | Corner |
| Traffic Level | Light |
| Lanes | 2 |
| Direction of Traffic | Northeast to southwest |
| Visibility | Average |

### Site Improvements

| | |
|---|---|
| Summary | Site improvements include concrete curbing, sidewalks, PVC perimeter fencing, steel fire escape, and a 20' x 40' composite deck. |
| Parking Spaces | 2 spaces; parking ratio of 0.32 per 1,000 sq. ft.; which is inadequate for the current use, albeit typical for the market area; adequate public parking is available nearby |

### Building Improvements

| | |
|---|---|
| Design/Use | Micro-brewery, bar, restaurant |
| Gross Building Area | 6,235 square feet (per field measurements) |
| Number of Stories | 1 and part 2 |
| Year Built | 1897 (estimated) |
| Quality | Good |
| Overall Condition | Good |

#### Exterior/Structural

| | |
|---|---|
| Construction Type | Masonry |
| Foundation Type | Brick, stone and concrete |
| Basement | Partial/unfinished |
| Exterior Walls | Brick, stucco |
| Roof Type | Gable |
| Roof Material | Architectural asphalt shingles |

Appraisal One, Inc.                                    301 Walnut Street, Borough of Royersford, Montgomery County, Pennsylvania

## Mechanical

| | |
|---|---|
| Fire Sprinkler Type | Wet system plus auxiliary Ansul system in commercial kitchen |
| Fuel Type | Part natural gas, part electric |
| Heating | Reznor unit in production room; mini-split units servicing remainder of building |
| Air conditioning | Mini-split system servicing all 1st and 2nd floor areas except production room |
| Plumbing | Assumed adequate to meet code requirements |
| Electrical | 3-phase / 4-wire; service assumed adequate to meet code requirements |
| Condition | The appraisal inspection was limited to a visual inspection of the building components. It is not possible to determine the integrity of concealed structural components or the serviceability of mechanical systems. Inspections of this type are beyond the scope of the investigation required for this assignment. Mechanical systems were reportedly in operable condition. |

## Interior Fit-up

| | |
|---|---|
| Floor Covering | Painted slab, hardwood, ceramic tile |
| Wall Cover | Mostly plaster and wood paneling; FRP and stainless steel panels in food prep areas; ceramic tile in restrooms |
| Ceiling | Part exposed, part ornate wood plank, part acoustical tile drop panels, part coffered, part dimensional tin |
| Lighting | LED |

| | |
|---|---|
| **Layout/Floorplan** | The building is occupied as "Lost Planet Brewing", a micro-brewery and restaurant. The 1st floor consists of a brewing / production room, open bar and dining area, commercial kitchen, dishwashing room, storage / supply room, and men's and women's restrooms (ADA-equipped). The 2nd floor includes an open dining / bar room, men's and women's customer restrooms and (1) unisex employee restroom. There is also an upper-level firemen's tower (unfinished space with limited utility- excluded from GBA calculation). The building is not elevator-served. |

29101                                                                                                         32

Appraisal One, Inc.                              301 Walnut Street, Borough of Royersford, Montgomery County, Pennsylvania

## Depreciation and Obsolescence

| | |
|---|---|
| Estimated Effective Age | 15 years |
| Estimated Total Economic Life | 50 years |
| Remaining Economic Life | 35 years |
| Notable Deferred Maintenance | None noted |
| Functional Utility | Average |

## BUILDING DIAGRAM



*The building diagram is based on field measurements and is included for illustration only.  It is not intended for any other purpose.

Appraisal One, Inc.                                      301 Walnut Street, Borough of Royersford, Montgomery County, Pennsylvania

## TAX MAP



Appraisal One, Inc.        301 Walnut Street, Borough of Royersford, Montgomery County, Pennsylvania

## AERIAL VIEW OF SUBJECT



Appraisal One, Inc.                                     301 Walnut Street, Borough of Royersford, Montgomery County, Pennsylvania

## FEMA MAP



Appraisal One, Inc.                                    301 Walnut Street, Borough of Royersford, Montgomery County, Pennsylvania

## ASSESSMENT AND TAX INFORMATION

The subject property is identified on the Borough of Royersford Tax Assessment Maps as Tax Map #14 Lot #41 Grid #7671E5; and the Parcel/Tax ID is 19-00-04544-009.  Real estate assessments and taxes are set forth below:

    TOTAL ....................................................................................................................$230,370

In most municipalities, each property owner annually receives property tax bills from three taxing authorities: a county property tax bill, a township/borough tax bill, and a school district tax bill. Each of the three taxing authorities will assign an annual tax rate (i.e., a millage rate) that is multiplied by the assessed value to determine the real estate taxes.  Often, the three millage rates will be combined into a total millage rate that is used to calculate the total property taxes for the year.

    2025 Total Millage Rate.............................................................................$48.105 ($/$100)
    2025 Real Estate Taxes .....................................................................................$11,081.97

| Tax Year | Total Taxes | GBA (Sq. Ft.) | Taxes per Sq. Ft. |
|----------|-------------|---------------|-------------------|
| 2025 | $11,081.97 | 6,235 | $  1.78 |

Each county assigns an assessed value for a property based on a ratio (known as the common-level ratio) of a base year. Only during the base year does the assessed value of a property typically equal the fair market value. The common-level ratio for each county is determined and published each year in mid-summer (effective the following tax year) by the Pennsylvania State Tax Equalization Board (S.T.E.B.).

    Common Level Ratio Factor (7/1/2024-6/30/2025) ........................................................3.04
    Total 100% Equalized Assessed Value...............................................................$700,325

Based on the valuation contained herein, it appears that the subject property is assessed below current market value and is in a favorable tax position.  *Note: this appraisal is intended only for use as described in the Intender User/Use section of this report.  No other intended users or uses are permissible.*

Appraisal One, Inc.                                301 Walnut Street, Borough of Royersford, Montgomery County, Pennsylvania

## ZONING

The subject property is located in the R-3 (Residence) zoning district.



Legally permitted uses "by-right" include a variety of uses (see attached zoning excerpt):

A.  Single-family detached dwellings.

B.  Two-family dwellings (i.e., twins and duplexes).

C.  No-impact home-based business.

D.  Any of the following when authorized as a conditional use by the Borough Council, subject to the standards and criteria set forth in § 475-45 herein:

    (1)  Single-family attached dwellings (i.e., townhouses).

    (2)  Multifamily dwellings.

    (3)  Institutional uses, in compliance with the institutional use standards in Article XI.
    [Amended 8-9-2016 by Ord. No. 883]

E.  Accessory uses on the same lot with and customarily incidental to any permitted use.

F.  Forestry.
    [Added at time of adoption of Code (see Ch. 1, General Provisions, Art. I)]

29101                                                                                       38

Appraisal One, Inc.                                          301 Walnut Street, Borough of Royersford, Montgomery County, Pennsylvania

The area and yard requirements of the R-3 District are as follows:

A.  Lot area, lot width, yards and building coverage.
    [Amended 1-10-2023 by Ord. No. 924]

| Development Requirements | Single-Family Detached Dwelling | Two-Family Dwelling | Single-Family Attached Dwelling | Multifamily Dwelling |
|---|---|---|---|---|
| Minimum lot area (per dwelling unit) | 6,000 square feet | 4,200 square feet | 3,000 square feet | 3,000 square feet |
| Minimum lot width at the building line | 50 feet | 35 feet (per unit) | 25 feet | 125 feet |
| Minimum front yard measured from the ultimate right-of-way line | 25 feet | 25 feet | 25 feet | 25 feet |
| Minimum front yard on the long side of a corner lot | 20 feet | 20 feet | 20 feet | 20 feet |
| Minimum side yard dimensions | 25 feet (aggregate); 10 feet (minimum) | 15 feet (twin) 25 feet (aggregate); 10 feet minimum (duplex) | 15 feet (end unit) | 15 feet |
| Minimum rear yard | 20 feet | 20 feet | 20 feet | 30 feet |
| Maximum building coverage (percent of total area) | 35% | 35% | 40% | 25% |
| Maximum impervious coverage (percent of total area) | 70% | 70% | 70% | 70% |

Most zoning ordinances identify and define the uses to which a property may be put without reservation or recourse to legal intervention. This is referred to as a use by right. I have analyzed the zoning requirements in relation to the subject property and considered the land use compliance of the existing or proposed use. We are not experts in the interpretation of complex zoning ordinances but based on our review of public information, the subject property's current land use is not expressly permitted and appears to be a legal, non-conforming use.  The site was likely developed prior to the current ordinance taking effect, or subject to use variance.

Some properties include improvements that conform to land use regulations but do not meet all the building or developmental standards. This is an important legal distinction. Based on a review of the zoning requirements, the subject site, as vacant, appears to conform to the minimum bulk criteria for development.

*Detailed zoning studies are typically performed by a zoning or land use expert, including attorneys, land use planners, or architects. The depth of our study correlates directly with the scope of this assignment, and it considers all pertinent issues that have been discovered through our due diligence. This appraisal is not intended to be a detailed determination of compliance, as that determination is beyond the scope of this real estate appraisal assignment.*

29101                                                                                                            39

Appraisal One, Inc. 301 Walnut Street, Borough of Royersford, Montgomery County, Pennsylvania

# HIGHEST AND BEST USE ANALYSIS

Highest and best use may be defined as:

Highest and best use. The reasonably probable and legal use of vacant land or an improved property, which is physically possible, appropriately supported, financially feasible, and that results in the highest value.

In the analysis of pertinent data, four criteria are applied in the following order to develop adequate support for the appraiser's highest and best use determination:

- Legally permissible
- Physically possible
- Financially feasible
- Maximally productive

These criteria are generally considered sequentially; however, the tests of physical possibility and legal permissibility can be applied in either order, but they both must be applied before the tests of financial feasibility and maximum productivity.

The process for determining the highest and best use of a property has four main steps. The first two are applied in the analysis of highest and best use of the land or site as though vacant; the third and fourth steps are applied in the analysis of the highest and best use of the property as improved.

- Determine the highest and best use as of the site as though vacant.
- Determine the ideal improvement for development of the site.
- Compare the ideal improvement and the existing improvement.
- Conclude whether the improvements should be maintained as is or be renovated, expanded, converted, or demolished.

**Highest and Best Use "As Though Vacant"**

The first step in the highest and best use analysis is to determine what the highest and best use of the subject property would be if the site was vacant land. The analysis of the land as though vacant focuses on alternative uses, with the appraiser testing each reasonably probable use for legal permissibility, physical possibility, financial feasibility, and maximum productivity.

The highest and best use of land or site as though vacant is concluded after the four criteria are applied and various alternative uses are eliminated. The remaining use that fulfills all four criteria is the highest and best use of the land as though vacant. A proper highest and best use conclusion indicates the use, the market participants for the use, and the timing of the use.

The highest and best use of land as though vacant must be considered in relation to its current use and all potential alternative uses.

Appraisal One, Inc.                                301 Walnut Street, Borough of Royersford, Montgomery County, Pennsylvania

Legally Permissible Uses of Land "As Though Vacant"

The first criterion is that the use must be legal.  That means it is permitted within the current zoning laws, building codes, and other governmental restrictions. In addition, it must conform to any deed restrictions that are recorded against the property. The subject property is located in the R-3, Residence zoning district.   Permitted uses include predominantly residential uses (see attached zoning excerpt).  The site conforms to the applicable "as vacant" area and yard requirements.

Physically Possible Uses of Land "As Though Vacant"

The physical possibilities of the vacant land are quickly constrained by factors such as site size, shape, frontage, the availability of utilities and other support services, topography, soil composition, and other site conditions and environmental factors. The subject site has average site characteristics and no known topographical or environmental constraints and no quantifiable inutility.

Financially Feasible Uses of Land "As Though Vacant"

Only those uses that meet the first two criteria are analyzed further. For a use to be financially feasible, it must be able to produce a positive return to the land after considering risk and all costs to create and maintain the use.  It appears that any of the legally permissible and physically possible uses would be financially feasible.

Maximum Productivity of Land "As Though Vacant"

Of the financially feasible uses of the land as though vacant, the highest and best use is the use that produces the highest residual land value, all else being equal. Considering the zoning permissibility and the subject's location in a predominantly residential area, it appears that residential development would be maximally productive, as vacant.

**Highest and Best Use as Improved**

The highest and best use of a property as improved pertains to the use that should be made of an improved property in light of existing improvements and the ideal improvement described at the conclusion of the analysis of highest and best use as though vacant. The highest and best use of a property as improved may be continuation of the existing use, renovation or rehabilitation, expansion, adaptation or conversion to another use, partial or total demolition, or some combination of these alternatives.  In this section it is necessary to consider a number of alternative uses of the existing improvements:

Legally Permissible Uses "As Improved"

As previously discussed, the subject property is located within the R-3 District.  The subject's current use is not expressly permitted within the zoning district and appears to be a legal, non-conforming use.  The site was likely developed prior to the current ordinance taking effect, or subject to use variance.

Physically Possible Uses "As Improved"

It is self-evident that the current use of a property as improved is physically possible.

29101                                                                                                                      41

Appraisal One, Inc.                                301 Walnut Street, Borough of Royersford, Montgomery County, Pennsylvania

Financially Feasible "As Improved"

The subject is an existing micro-brewery, bar, restaurant property. The improvements are in good condition and adequately function as a micro-brewery, bar, restaurant use. Given the contributory value of the existing improvements, the subject's current use appears to be financially feasible.

Maximally Productive "As Improved"

The next step is to consider forms of potential modification. In consideration of the Maximally Productive Use the following options have been considered:

- Subdivision Potential/Expansion of current use - The subject property has a land to building ratio of 2.05 to 1 and we have considered the potential of excess land or surplus land. In consideration of the current zoning regulatory requirements, subdivision of the subject property due to excess land appears highly unlikely. We have also considered the subject's land to building ratio in relation to the comparable building sales presented (subsequent section of the report). Of the comparable sales, the subject property's land to building ratio does not significantly exceed the comparable land to building ratios. Moreover, the subject's non-conforming zoning status and existing building footprint do not readily allow for expansion.

- Redevelopment to a new use - I have considered the potential for redevelopment of the site. However, the subject functions adequately as a micro-brewery, bar, restaurant property and the costs of approval and razing the existing improvements and redeveloping the site is deemed speculative and would not exceed the contributory value of the existing improvements.  The contributory value of the existing improvements well exceeds the value of the subject as vacant land.

- Conversion of improvements to another use - In consideration of other permissible uses within the zoning district the costs of approval and conversion of the existing improvements would not result in a value that would exceed the subject's contributory value.

- Retain existing use - Considering the contributory value of the existing improvements, the supporting influences, and the current market conditions, the present use is deemed the maximally productive use.

The most probable buyer is an owner-user.  The most probable use is for continuation of the current use.

29101                                                                                                      42

Appraisal One, Inc.                                              301 Walnut Street, Borough of Royersford, Montgomery County, Pennsylvania

# THE APPRAISAL PROCESS

The process of valuation of real estate properties employs three basic approaches to value that include (1) Cost; (2) Sales Comparison; and (3) Income. All three approaches to the final estimate, however, are based on market data and market behavior. In addition, all are comparative approaches since they involve the comparison of facts and data of properties similar to the subject property.

The Cost Approach customarily sets the upper limit of value and it is based on the premise that buyers are willing to pay a price equal to the property's replacement value. The Cost Approach best illustrates value when the building is relatively new; when the building represents the highest and best use of land; or when unique or specialized improvements are located on the site for which there are no comparable sales in the marketplace. The Cost Approach involves estimating the value of the subject land as if vacant and according to its highest and best use and adding to it the depreciated value of site and building improvements. The reliability of this approach lessens when dealing with older property as the estimates of depreciation become increasingly speculative.  Cost is not necessarily synonymous with value therefore, the Cost Approach can rarely stand on its own (i.e., the value indicated by this approach must be supported by one of the other methods of valuation). The subject improvement does not constitute a specialty. It is, therefore, our opinion that this approach provides a poor index of value.

The Sales Comparison Approach is based on the principle of substitution which is that an informed buyer would pay no more for a property than the cost of acquiring a satisfactory substitute.  Application of this principle calls for a knowledge of the prices at which competitive properties have sold.

The Income Approach, which is related to investor thinking and motivation, is a basic tool to value of income producing real estate.  This type of real estate is typically purchased with present dollars for all rights to future benefits (income or amenities) accruing to ownership. The net income stream (rental income less related operating expenses) is converted into value by using a capitalization rate.

The Cost Approach was excluded due to the subject's non-conforming zoning status, the age of the improvements and the extent of functional obsolescence associated with properties of this age.  The Sales Comparison Approach and Income Approach were developed.

The Sales Comparison Approach begins on the following page.

Appraisal One, Inc.                                301 Walnut Street, Borough of Royersford, Montgomery County, Pennsylvania

## SALES COMPARISON APPROACH

In the Sales Comparison Approach, the value of a property is estimated by comparing it with similar, recently sold properties in the surrounding or competing area. Inherent in this approach is the principle of substitution, which holds that when a property is replaceable in the market, its value tends to be set by the cost of acquiring an equally desirable substitute property, assuming that no costly delay is encountered in making the substitution. Through the analysis of sales of verified arm's length transactions, market value and price trends are identified. The sales utilized are comparable to the subject in physical, functional, and economic characteristics. The basic procedure is as follows:

- Identify the most recent relevant sales from which to select and analyze truly comparable sales, with consideration given to the date of sale.
- Identify any changes in economic conditions between the date of sale and the date of value.
- Calculate the cash equivalent price for any sale that includes favorable financing.
- Reduce the sale price to a unit of comparison such as the sale price per square foot or sale price per unit.
- Make appropriate adjustments to the prices of the comparable sale properties for differences in the relevant elements of comparison.
- Interpret the results to derive a value indication from the Sales Comparison Approach.

The subject consists of a 6,235 square foot micro-brewery, bar, restaurant building situated on a 0.293 acre land parcel. In the compilation of comparable sales, emphasis was placed on recently transferred properties in the subject market area. Specifically, sales meeting the following criteria were selected:

- Existing building includes restaurant, bar and/or micro-brewery fit-out
- GBA of 2,500 square feet or more
- Eastern Pennsylvania or western New Jersey location
- Sold within the past 2.5 years

Information on the comparable sales can be found on the subsequent pages, followed by an adjustment grid chart which adjusts the comparable sales for dissimilarities with the subject.

29101                                                                                              44

Appraisal One, Inc.                          301 Walnut Street, Borough of Royersford, Montgomery County, Pennsylvania

## Comparable Improved Sale No. 1



**Property Identification**
| | |
|---|---|
| **Property Type** | Mixed Use, Retail, Residential |
| **Address** | 228-230 Bridge Street |
| **County** | Chester |
| **City, State Zip** | Phoenixville, Pennsylvania 19460 |
| **MSA** | Philadelphia, PA-NJ |
| **Tax Parcel No(s)** | 15-09 -0202 |

**Sale Data**
| | |
|---|---|
| **Seller** | M&B Partners, LLC |
| **Buyer** | Bridge Street Lofts, LLC |
| **Sale Date** | June 14, 2024 |
| **Deed Book/Page** | 11223/1553 |
| **Property Rights** | Leased Fee |
| **Conditions of Sale** | Arms Length |
| **Financing** | Cash to Seller |
| **Verification** | MLS, Costar, tax records |
| | |
| **Asking Price** | $3,550,000 |
| **Sale/List Price Ratio** | 86% |
| **Sale Price** | $3,045,500 |
| **Adjustments $** | $0 |
| **Adjusted Price** | $3,045,500 |

**Land Data**
| | |
|---|---|
| **Site Size** | 0.185 acres or 8,074 sq. ft. |
| **Zoning District** | TC |

**General Physical Data**
| | |
|---|---|
| **Gross Bldg. Area (Sq. Ft.)** | 8,328 sq. ft. |
| **Building Condition** | Good |
| **Land Utilization** | Floor Area Ratio is 1.03; Land to Building Ratio is 0.97 to 1 |

**Unit Rates (Indicators)**
| | |
|---|---|
| **Sale Price/ Sq. Ft. GBA** | $365.69 |
| **OAR** | 7.24% |

**Remarks**

This is the sale of a mixed-use property located in downtown Phoenixville. The building was constructed circa 1930; it consists of mostly brewery / restaurant space ("Conshohocken Brewing") and (3) apartment units. It was 100% tenant-occupied at the time of sale and sold with an indicated in-place capitalization rate of 7.24% (based on reported NOI of $220,533).

Comp ID No.  17541

29101                                                                                      45

Appraisal One, Inc.                          301 Walnut Street, Borough of Royersford, Montgomery County, Pennsylvania

**Comparable Improved Sale No. 2**



**Property Identification**

| | |
|---|---|
| **Property Type** | Restaurant |
| **Address** | 47 E. Lancaster Avenue |
| **County** | Montgomery |
| **City, State Zip** | Ardmore, Pennsylvania 19003 |
| **MSA** | Philadelphia, PA-NJ |
| **Tax Parcel No(s)** | 40-00-31020-008 |

**Sale Data**

| | |
|---|---|
| **Seller** | Lian Realty PA, LLC |
| **Buyer** | Yongan Realty, LLC |
| **Sale Date** | March 18, 2024 |
| **Deed Book/Page** | 6359/245 |
| **Property Rights** | Fee Simple |
| **Conditions of Sale** | Arms Length |
| **Financing** | Cash to Seller |
| **Verification** | Lynn Lin (listing agent), Emily Chan (buyer's agent), MLS, tax records |

| | |
|---|---|
| **Asking Price** | $1,300,000 |
| **Sale/List Price Ratio** | 85% |
| **Sale Price** | $1,100,000 |
| **Adjustments $** | $0 |
| **Adjusted Price** | $1,100,000 |

**Land Data**

| | |
|---|---|
| **Site Size** | 0.043 acres or 1,870 sq. ft. |

**General Physical Data**

| | |
|---|---|
| **Gross Bldg. Area (Sq. Ft.)** | 2,690 sq. ft. |
| **Building Condition** | Above Average |
| **Land Utilization** | Floor Area Ratio is 1.44; Land to Building Ratio is 0.70 to 1 |
| **Parking #/1,000 Sq. Ft.** | 0.37 |

**Unit Rates (Indicators)**

| | |
|---|---|
| **Sale Price/ Sq. Ft. GBA** | $408.92 |

**Remarks**

This is the sale of a two-story restaurant property in downtown Ardmore. The building consists of a 1st floor dining room and commercial kitchen; the 2nd floor includes an additional dining room and private office area. It was purchased by an owner-user for continued use as a restaurant. The sale price of $1,100,000 was attributable to real estate only.

Comp ID No.  15630

Appraisal One, Inc.                    301 Walnut Street, Borough of Royersford, Montgomery County, Pennsylvania

## Comparable Improved Sale No. 3



### Property Identification
| | |
|---|---|
| **Property Type** | Mixed Use, Retail, Residential |
| **Address** | 201 W. Seventh Avenue |
| **County** | Montgomery |
| **City, State Zip** | Conshohocken, Pennsylvania 19428 |
| **MSA** | Philadelphia, PA-NJ |
| **Tax Parcel No(s)** | 05-00-08236-003 |

### Sale Data
| | |
|---|---|
| **Seller** | George S. & Jane E. Gambone |
| **Buyer** | Rg Restaurant Group Llc |
| **Sale Date** | March 11, 2024 |
| **Deed Book/Page** | 6356/1986 |
| **Property Rights** | Fee Simple |
| **Conditions of Sale** | Arms Length |
| **Financing** | Cash to Seller |
| **Verification** | Tony Stipa Jr. (buyer's agent), MLS, Costar, tax records |
| | |
| **Sale Price** | $1,200,000 |
| **Adjustments $** | $0 |
| **Adjusted Price** | $1,200,000 |

### Land Data
| | |
|---|---|
| **Site Size** | 0.062 acres or 2,706 sq. ft. |
| **Zoning District** | C |

### General Physical Data
| | |
|---|---|
| **Gross Bldg. Area (Sq. Ft.)** | 5,095 sq. ft. |
| **Building Condition** | Average |
| **Land Utilization** | Floor Area Ratio is 1.88; Land to Building Ratio is 0.53 to 1 |

### Unit Rates (Indicators)
| | |
|---|---|
| **Sale Price/ Sq. Ft. GBA** | $235.53 |

### Remarks
This is the sale of a mixed-use property that was developed circa 1900. The building consists of a 1st floor bar / restaurant and upper level residential. It was purchased by an owner-user for continuation of the prior use. The buyer's agent reported a total sale price of $2,900,000, with $1,200,000 allocated to the real estate only, $500,000 allocated to the liquor license and $1,200,000 allocated to the business goodwill and FF&E.

Comp ID No.  15631

Appraisal One, Inc.                                301 Walnut Street, Borough of Royersford, Montgomery County, Pennsylvania

## Comparable Improved Sale No. 4



### Property Identification
| | |
|---|---|
| **Property Type** | Restaurant |
| **Address** | 100 and 133 East Browning Road |
| **County** | Camden |
| **City, State Zip** | Bellmawr, New Jersey 08031 |
| **MSA** | Philadelphia, PA-NJ |
| **Tax Parcel No(s)** | Block 138 Lot 15 |
| | Block 101.01 Lot 23.03 |

### Sale Data
| | |
|---|---|
| **Seller** | Dominic and Alison Bisirri |
| **Buyer** | Christoper Reenock, and/or assigns |
| **Sale Date** | December 22, 2023 |
| **Deed Book/Page** | 12495/1859 & 1852 |
| **Property Rights** | Fee Simple |
| **Conditions of Sale** | Arms Length |
| **Financing** | Cash to Seller |
| **Verification** | Agreement of Sale, appraisal inspection, grantee; Deeds |

| | |
|---|---|
| **Sale Price** | $1,720,000 |
| **Adjustments $** | $0 |
| **Adjusted Price** | $1,720,000 |

### Land Data
| | |
|---|---|
| **Site Size** | 1.555 acres or 67,736 sq. ft. |
| **Zoning District** | Office |

### General Physical Data
| | |
|---|---|
| **Gross Bldg. Area (Sq. Ft.)** | 6,741 sq. ft. |
| **Building Condition** | Good |
| **Land Utilization** | Floor Area Ratio is 0.10; Land to Building Ratio is 10.05 to 1 |
| **Parking #/1,000 Sq. Ft.** | 13.05 |

### Unit Rates (Indicators)
| | |
|---|---|
| **Sale Price/ Sq. Ft. GBA** | $255.16 |

### Remarks
This is the sale of "Dominic's" restaurant and bar located along Browning Road in Bellmawr, NJ. Although this sale was not exposed to the open market before contract, it was brokered by a local real estate agent and no Conditions of Sale adjustment appears warranted. The sale was inclusive of real property, non-realty, liquor license and goodwill, with an allocated sale price of $1,720,000 for the real property only. As part of this consideration, the buyer is also buying 133 East Browning Road which serves as an auxiliary parking lot and is improved with a newer 2,400 square foot pole-barn structure. The total land area (including the auxiliary parking lot) is 1.56 acres. The restaurant/bar contains 4,341 square feet, and the pole-barn contains 2,400 square feet, for a total gross building area of 6,741 square feet. Overall condition of both structures is good. Concurrent with this real estate transaction, an additional $600,000 was paid for FF&E; $250,000 for the liquor license; $125,000 for a food truck; and $925,000 for business goodwill.

Comp ID No.  14413

Appraisal One, Inc.                                            301 Walnut Street, Borough of Royersford, Montgomery County, Pennsylvania

## Comparable Improved Sale No. 5



**Property Identification**

| | |
|---|---|
| **Property Type** | Mixed Use, Retail, Residential |
| **Address** | 400 Bridge Street |
| **County** | Chester |
| **City, State Zip** | Phoenixville, Pennsylvania 19460 |
| **MSA** | Philadelphia, PA-NJ |
| **Tax Parcel No(s)** | 15-09 -0356 |

**Sale Data**

| | |
|---|---|
| **Seller** | 400 Bridge Street, LLC |
| **Buyer** | Alexander Ivanskiy |
| **Sale Date** | September 6, 2023 |
| **Deed Book/Page** | 11111/133 |
| **Property Rights** | Leased Fee |
| **Conditions of Sale** | Arms Length |
| **Financing** | Cash to Seller |
| **Verification** | Sean Maloney (listing agent), Costar, MLS, tax records |

| | |
|---|---|
| **Asking Price** | $4,249,000 |
| **Sale/List Price Ratio** | 90% |
| **Sale Price** | $3,824,000 |
| **Adjustments $** | $0 |
| **Adjusted Price** | $3,824,000 |

**Land Data**

| | |
|---|---|
| **Site Size** | 0.992 acres or 43,210 sq. ft. |

**General Physical Data**

| | |
|---|---|
| **Gross Bldg. Area (Sq. Ft.)** | 13,276 sq. ft. |
| **Building Condition** | Good |
| **Land Utilization** | Floor Area Ratio is 0.31; Land to Building Ratio is 3.25 to 1 |
| **Parking #/1,000 Sq. Ft.** | 2.18 |

**Unit Rates (Indicators)**

| | |
|---|---|
| **Sale Price/ Sq. Ft. GBA** | $288.04 |
| **OAR** | 6.94% |

**Remarks**

This is the sale of a mixed-use property that was developed circa 1900 and extensively renovated in 2020-2021. The property consists of (1) 1st floor restaurant/bar unit ("La Patrona"), (1) 1st floor retail unit occupied by "Angry Jacks Axe Throwing", and (9) 1-BR/1-bath apartment units. The property was 100% tenant-occupied at time of sale and sold with an indicated in-place capitalization rate of 6.94% (based on reported NOI of $265,365). The total real estate only price was $3,824,000. An additional $400,000 was paid for the liquor license and an additional $25,000 for the restaurant FF&E.

Comp ID No.  15629

Appraisal One, Inc.                                   301 Walnut Street, Borough of Royersford, Montgomery County, Pennsylvania

## Comparable Improved Sale No. 6



### Property Identification
| | |
|---|---|
| **Property Type** | Restaurant, Full Service |
| **Address** | 2813 Hulmeville Road |
| **County** | Bucks |
| **City, State Zip** | Bensalem, Pennsylvania 19020 |
| **MSA** | Philadelphia, PA-NJ |
| **Tax Parcel No(s)** | 02-043-026; 02-043-029 |

### Sale Data
| | |
|---|---|
| **Seller** | Bryan & Gina Gramiak |
| **Buyer** | Carrot Chaser PA Real Estate, LLC |
| **Sale Date** | March 20, 2023 |
| **Deed Book/Page** | Doc #2023013104 |
| **Property Rights** | Fee Simple |
| **Conditions of Sale** | Arms Length |
| **Financing** | Cash to Seller |
| **Verification** | Listing Agent; MLS; Tax records |

| | |
|---|---|
| **Sale Price** | $1,450,000 |
| **Adjustments $** | $0 |
| **Adjusted Price** | $1,450,000 |

### Land Data
| | |
|---|---|
| **Site Size** | 0.800 acres or 34,848 sq. ft. |

### General Physical Data
| | |
|---|---|
| **Gross Bldg. Area (Sq. Ft.)** | 4,886 sq. ft. |
| **Building Condition** | Average |
| **Land Utilization** | Floor Area Ratio is 0.14; Land to Building Ratio is 7.13 to 1 |
| **Parking #/1,000 Sq. Ft.** | 13.30 |

### Unit Rates (Indicators)
| | |
|---|---|
| **Sale Price/ Sq. Ft. GBA** | $296.77 |

### Remarks
This is the sale of the "Eddington House Restaurant" located along a well-traveled secondary road close to Street Road. The total sale price of $2,650,000 included real estate, liquor license, goodwill, and FF&E. The allocation to real estate only was $1,450,000 (also the recorded deed price).

Comp ID No.  14716

Appraisal One, Inc.                                          301 Walnut Street, Borough of Royersford, Montgomery County, Pennsylvania

## Comparable Improved Sale No. 7



### Property Identification

| | |
|---|---|
| **Property Type** | Restaurant |
| **Address** | 600 W. Uwchlan Ave |
| **County** | Chester |
| **City, State Zip** | Exton, Pennsylvania 19341 |
| **MSA** | Philadelphia, PA-NJ |
| **Tax Parcel No(s)** | 33-04H-0371 |

### Sale Data

| | |
|---|---|
| **Seller** | Nibor Partners |
| **Buyer** | O2K LLC |
| **Sale Date** | January 30, 2023 |
| **Deed Book/Page** | 11009/532 |
| **Property Rights** | Fee Simple |
| **Conditions of Sale** | Arms Length |
| **Financing** | Cash to Seller |
| **Verification** | deed, Costar.com, marketing package |

| | |
|---|---|
| **Sale Price** | $1,900,000 |
| **Adjustments $** | $0 |
| **Adjusted Price** | $1,900,000 |

### Land Data

| | |
|---|---|
| **Site Size** | 2.980 acres or 129,809 sq. ft. |
| **Zoning District** | PC-2 (Planned Commercial) |

### General Physical Data

| | |
|---|---|
| **Gross Bldg. Area (Sq. Ft.)** | 6,200 sq. ft. |
| **Building Condition** | Average |
| **Land Utilization** | Floor Area Ratio is 0.05; Land to Building Ratio is 20.94 to 1 |
| **Parking #/1,000 Sq. Ft.** | 17.26 |

### Unit Rates (Indicators)

| | |
|---|---|
| **Sale Price/ Sq. Ft. GBA** | $306.45 |

### Remarks

This is the sale of a former Red Robin's restaurant. This masonry and steel building was constructed in 1999 with standing seam roof and is fully sprinklered.  The property is located at the intersection along Rt. 113 (West Uwchlan Ave) just west of and visible from Route 100. This represents the sale of real estate only. The building was subsequently renovated and reopened as a Korean BBQ restaurant.

Comp ID No.  13772

Appraisal One, Inc.                                   301 Walnut Street, Borough of Royersford, Montgomery County, Pennsylvania

## COMPARABLE SALE MAP



29101                                                                                                               52

Appraisal One, Inc.                                                                                            301 Walnut Street, Borough of Royersford, Montgomery County, Pennsylvania

**SALES COMPARISON ADJUSTMENT GRID - 301 WALNUT STREET, ROYERSFORD, PA 19468**

| SALE # | SUBJECT | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Date of Sale | | 6/14/2024 | 3/18/2024 | 3/11/2024 | 12/22/2023 | 9/6/2023 | 3/20/2023 | 1/30/2023 |
| Address | | 228-230 Bridge St Phoenixville, PA 19460 | 47 E. Lancaster Ave Ardmore, PA 19003 | 201 W. Seventh St Conshohocken, PA 19428 | 100 & 133 E. Browning Rd Bellmawr, NJ 08031 | 400 Bridge St Phoenixville, PA 19460 | 2813 Hulmeville Rd Bensalem, PA 19020 | 600 W. Uwchlan Ave Exton, PA 19341 |
| Net Real Property Only Price | | $ 3,045,500 | $ 1,100,000 | $ 1,200,000 | $ 1,720,000 | $ 3,824,000 | $ 1,450,000 | $ 1,900,000 |
| Unit of Comparison (SF) | | 8,328 | 2,690 | 5,095 | 6,741 | 13,276 | 4,886 | 6,200 |
| Unit Rate | | $ 365.69 | $ 408.92 | $ 235.53 | $ 255.16 | $ 288.04 | $ 296.77 | $ 306.45 |
| **INTANGIBLE ECONOMIC ADJ.** | | | | | | | | |
| Property Rights Conveyed | | 0% | 0% | 0% | 0% | 0% | 0% | 0% |
| Financing | | 0% | 0% | 0% | 0% | 0% | 0% | 0% |
| Conditions of Sale Adjustment | | 0% | 0% | 0% | 0% | 0% | 0% | 0% |
| Market Conditions | | 0% | 0% | 0% | 0% | 0% | 0% | 0% |
| Adjusted Consideration | | $3,045,500 | $1,100,000 | $1,200,000 | $1,720,000 | $3,824,000 | $1,450,000 | $1,900,000 |
| Adjusted Unit Rate | | $365.69 | $408.92 | $235.53 | $255.16 | $288.04 | $296.77 | $306.45 |
| **PROP. CHARACTERISTICS ADJ.** | | | | | | | | |
| Location | Average | Superior | Superior | Similar | Similar | Superior | Superior | Superior |
| | | -5% | -15% | 0% | 0% | -5% | -5% | -10% |
| Building Size | 6,235 | 8,328 | 2,690 | 5,095 | 6,741 | 13,276 | 4,886 | 6,200 |
| | | 0% | -10% | 0% | 0% | 5% | 0% | 0% |
| Condition | Good | Similar | Inferior | Inferior | Similar | Similar | Inferior | Inferior |
| | | 0% | 5% | 20% | 0% | 0% | 20% | 20% |
| Quality of Construction/Fit-Out | Average | Similar | Similar | Similar | Similar | Similar | Similar | Similar |
| | | 0% | 0% | 0% | 0% | 0% | 0% | 0% |
| Land to Bldg. Ratio/Parking | 2.05 to 1 / limited | 0.97 to 1 / none | 0.70 to 1 / limited | 0.53 to 1 / none | 10.05 to 1 / adequate | 3.25 to 1 / adequate | 7.13 to 1 / adequate | 20.94 to 1 / ample |
| | | 1% | 0% | 1% | -5% | -5% | -5% | -10% |
| Overall Utility | Average | Similar | Similar | Similar | Similar | Similar | Similar | Superior |
| | | 0% | 0% | 0% | 0% | 0% | 0% | -10% |
| **TOTAL ADJUSTMENTS** | | -4% | -20% | 21% | -5% | -5% | 10% | -10% |
| **ADJUSTED UNIT RATE** | | $351.07 | $327.14 | $284.99 | $242.40 | $273.64 | $326.44 | $275.81 |

Appraisal One, Inc.                                    301 Walnut Street, Borough of Royersford, Montgomery County, Pennsylvania

Sales are commonly arrayed in a market data grid that identifies the elements of comparison that may require adjustments. Generally, separate adjustments are made to the comparable sales for each element of comparison. Where data permits, adjustments are based on market extraction.  Not all items of comparison can be quantified from market-extracted data. In these cases, comparison adjustments are "qualitative" and based on judgment of how the comparable competes with the subject.

Unit prices may be expressed in various units of measurements.  The comparable improved sales are compared on a price per square foot of building area basis, which is the unit price with the most consistent findings for the property type.

There are two types of adjustments, transactional and physical characteristics. Typically, adjustments are made in a preferred order-i.e., transactional adjustments for property rights, financing, and sale and market conditions are made before physical characteristics adjustments for location and physical characteristics. Adjustments in the first level are applied in specific order and have the effect of compounding the changes. The second level considers the subject's property-specific features. These adjustments are aggregated together before being applied to the price determined in the first level.

**Transactional Adjustments**

Property Rights Conveyed - Property rights adjustments can be made to account for leased fee or leasehold property.  A leased fee or leasehold adjustment would be necessary when a tenant is paying more or less than market rent.  Other property rights adjustments may be necessary to account for the time and expense of bringing a building to a stabilized occupancy level such as a new building's initial lease-up period.  In the case of the comparable sales, there were no significant differences in property rights affecting price negotiations and no adjustments were necessary.

Financing Terms - Financing adjustment accounts for financing terms that are different from the typical market financing terms.  All of the improved sales resulted in cash to the seller and no unusual financing terms were noted which required cash equivalency.

Conditions of Sale - An adjustment for conditions of sale reflects the motivation of either a buyer or a seller who is under undue duress to complete the transaction.  These atypically motivated sales are not considered arm's-length transactions.  Although conditions of sale are often perceived as applying only to sales that are not arm's-length transactions, some arm's-length sales may reflect atypical motivations or lack of exposure on the open market.  None of the comparable sales required a Conditions of Sale adjustment.

Market Conditions - All sales used in the Sales Comparison Approach closed within the past 2.5 years, during a period of similar market conditions, and no adjustments were warranted.

Appraisal One, Inc.                                            301 Walnut Street, Borough of Royersford, Montgomery County, Pennsylvania

**Physical Characteristics Adjustments**

Unlike transactional adjustments, physical characteristics adjustments do not need to be applied in a specific sequence. Physical characteristics adjustments are based on percentages that have been rounded.

Location

Location adjustments reflect inferior/superior surrounding influences, traffic patterns, visibility, etc. Sale #2 was adjusted downward to account for superior exposure along a busy roadway and higher median rental rates in the surrounding area. Sales #1, #5, #6 and #7 required downward adjustments to reflect superior exposure. No other adjustments were necessary.

Building Size

In this market, a larger building will typically sell for a lower price per unit than a smaller unit. This is based on the economies of scale theory. Building size adjustments reflect premiums/discounts commanded in the market for significantly smaller or larger buildings.

Condition

The subject property was extensively renovated in 2018 and exhibits a good overall condition rating. Condition adjustments reflect differences in the noted condition of the comparable sales as compared to the subject property. Sales #2, #3, #6 and #7 were inferior compared to the subject and upward adjustments were applied. No other adjustments were warranted.

Quality of Construction/Fit-Out

The subject building's overall quality of construction and fit-out is considered good. All sales utilized were similar in comparison to the subject and no adjustments were required.

Land to Bldg. Ratio/Parking

The subject property's land to building ratio is 2.05 to 1 and there is limited on-site parking. The LTB Ratio/Parking line item in the adjustment grid chart reflects significant deviations in land area relative to building size but also considers the utility of the land area. Sales #1 and #3 lack on-site parking and slight upward adjustments were applied. Conversely, Sales #4, #5, #6 and #7 required downward adjustments.

Overall Utility

The subject exhibits average overall utility for the current use. Sale #7 features a superior one-story building configuration and required a downward adjustment. No other adjustments were necessary.

29101                                                                                                      55

Appraisal One, Inc.          301 Walnut Street, Borough of Royersford, Montgomery County, Pennsylvania

Applying the adjustments results in the following indications:

### SUMMARY OF IMPROVED SALE ADJUSTMENT GRID CHART

| STATISTICS | |
|---|---:|
| Lowest Adjusted Unit Rate | $242.40 |
| Highest Adjusted Unit Rate | $351.07 |
| Geometric Mean (Average) Unit Rate | $297.35 |
| Median | $284.99 |
| | |
| Building Area (SF) | 6,235 |
| $/Unit Rate | $290.00 |
| | |
| "As Is" Value Indication | $ 1,808,150 |
| ROUNDED TO: | $ 1,810,000 |

Consideration has been given to each indication when selecting the unit rate which, applied to the subject building area (6,235 square feet), yields an As Is Market Value indication (rounded), of the fee simple estate, as of June 2, 2025, via the Sales Comparison Approach, of:

**ONE MILLION EIGHT HUNDRED TEN THOUSAND DOLLARS**
**$1,810,000**

Appraisal One, Inc.                                    301 Walnut Street, Borough of Royersford, Montgomery County, Pennsylvania

# INCOME APPROACH

The Income Approach is based on the "principal of anticipation" which states that the value that is created by the expectation of benefits to be derived in the future.  In regard to income producing properties, the anticipated benefits generally fall into two (2) categories. One benefit is the anticipated net operating income (NOI), or income generated from rentals less various expenses associated with operating the property. The second benefit anticipated by most investors is the reversion or the sale of the property. In most cases, investors believe that the value of investment properties will increase; therefore, they will reap the benefits from the eventual resale.  Summarized below are the basic procedures necessary to set up an income and expense model to value the subject property based on an anticipated income stream.

- **Potential Gross Income:** Estimate the potential gross income for each year of the specific holding period including contract rents and/or estimated market rents.

- **Vacancy and Credit Loss:** Estimate the annual losses due to vacancy and credit loss and deduct these estimates from the projected potential gross income to determine the effective gross income.

- **Expenses:** Estimate and/or forecast the projected expenses associated with operating the property. Deduct the expenses from the effective gross income to derive the net operating income.

- **Discussion on Rates:** After the income model is established, discuss and select the various rates to be used in the discounted cash flow analysis and/or direct capitalization method. These rates include yield rates such as the discount rate and the internal rate of return (IRR), as well as capitalization rates such as the going-in capitalization rate and the terminal capitalization rate.

- **Valuation:** The applicable rates are applied to the projected net operating incomes, resulting in a value estimate via the Income Approach.

The subject property is currently 100% owner-occupied.

In order to estimate the market rental rate for the subject, we searched on-line databases including the local Multiple Listing Service and Costar, interviewed local leasing agents and other appraisers active in the subject area, and consulted "in-house" files of similar property types that were leased. Comparable commercial rentals are set forth on the following pages, followed by a comparable lease location map.

29101                                                                                                                    57

Appraisal One, Inc.                    301 Walnut Street, Borough of Royersford, Montgomery County, Pennsylvania

| **Improved Rental  1** | |
|---|---|



| | |
|---|---|
| **Property ID:** | 17542 |
| **Property Type:** | Retail |
| **Address:** | 706 E. Market Street West Chester, Pennsylvania 19382 |
| **Leased Area:** | 6,000 sf |
| **Commencement:** | 06-01-2025 |
| **Term:** | 60 months |
| **Lease Type:** | NNN |
| **Initial Rate:** | $24.00/sf |

This is the lease of a retail unit that is part of a recently renovated 34,091 sf center. The tenant is "Wonder Restaurant".

| **Improved Rental  2** | |
|---|---|



| | |
|---|---|
| **Property ID:** | 17543 |
| **Property Type:** | Retail |
| **Address:** | 853-881 W. Butler Pike Ambler, Pennsylvania 19002 |
| **Leased Area:** | 3,200 sf |
| **Commencement:** | 05-01-2025 |
| **Term:** | 60 months |
| **Lease Type:** | NNN |
| **Initial Rate:** | $24.75/sf |

This is the lease of an in-line retail unit within a 16,000 sf center that was recently renovated. The tenant is "Golden House" (restaurant).

Appraisal One, Inc.                    301 Walnut Street, Borough of Royersford, Montgomery County, Pennsylvania

| **Improved Rental  3** | |
|---|---|



| | |
|---|---|
| **Property ID:** | 15322 |
| **Property Type:** | Retail |
| **Address:** | 241-255-265 North Main Street<br>Ambler,      Pennsylvania 19002 |
| **Leased Area:** | 2,800 sf |
| **Commencement:** | 08-01-2023 |
| **Term:** | 60 months |
| **Lease Type:** | NNN |
| **Initial Rate:** | $20.00/sf |

Ground level retail lease within a multi-tenant complex in Ambler, PA. This unit has been remodeled and offers 100% finished space and is currently utilized as a local distillery.

| **Improved Rental  4** | |
|---|---|



| | |
|---|---|
| **Property ID:** | 13761 |
| **Property Type:** | Retail |
| **Address:** | 117      Garden      Golf Boulevard<br>North      Wales, Pennsylvania 19454 |
| **Leased Area:** | 8,000 sf |
| **Commencement:** | 02-01-2023 |
| **Term:** | 120 months |
| **Lease Type:** | NNN |
| **Initial Rate:** | $27.00/sf |

This is the lease of the former "Noboru" stand-alone restaurant located at the intersection of Routes 309 & 202. The building was constructed circa 2009, was in good condition and was situated in front of a shopping center with national tenancies.

Appraisal One, Inc.                                301 Walnut Street, Borough of Royersford, Montgomery County, Pennsylvania

| **Improved Rental  5** |
|---|



| | |
|---|---|
| **Property ID:** | 15632 |
| **Property Type:** | Retail |
| **Address:** | 1850 S. Collegeville Road Collegeville, Pennsylvania 19426 |
| **Leased Area:** | 1,504 sf |
| **Commencement:** | 06-06-2022 |
| **Lease Type:** | NNN |
| **Initial Rate:** | $26.01/sf |

This is the lease of an end-unit retail unit that is part of a multi-tenant center that was developed circa 2008. The space is fit-out for restaurant use.

## COMPARABLE LEASE LOCATION MAP



---

Appraisal One, Inc.          301 Walnut Street, Borough of Royersford, Montgomery County, Pennsylvania

**Market Rent Conclusion**

A dearth of recent comparable lease data in the immediate area made it necessary to expand the search parameters to include other municipalities within eastern Pennsylvania.  Five comparable commercial rentals within a 25-mile radius were compared to the subject property.  All of the selected comparable leases have triple-net (NNN) structures.  The unadjusted base lease rates range from $20.00 to $27.00 per square foot.

After considering differences between the subject and comparable rentals, most notably location, condition and fit-out differences, the current market rent of the subject property is estimated to be $25.00/sf, NNN.  The estimated market rent will be utilized in the Direct Capitalization calculations.

Applying the lease rate to the leasable area results in the Base Rental Revenue (BRR).  To this is added the Expense Reimbursement Revenue from those operating expenses that are passed through to the tenant (except in periods of vacancy). When available the expenses are based on actual expenses incurred after being analyzed for reasonableness through published market data sources and/or through "in house" files on similar property types.

In the case of the subject, we have projected reimbursable expenses to include real estate taxes and insurance.  This would dictate a reimbursable operating expense for real estate taxes of $11,082 for the current tax year ($1.78 per square foot).  Insurance reimbursement has been estimated at $4,988 per annum ($0.80 per square foot).  The total estimated Expense Reimbursement Revenue has been rounded to $2.60 per square foot.  Adding the Expense Reimbursement Revenue results in the Potential Gross Revenue (PGR).

Appraisal One, Inc.          301 Walnut Street, Borough of Royersford, Montgomery County, Pennsylvania

**Estimated Vacancy and Collection Loss**
We have reviewed market statistics for 117 retail properties within a two-mile radius of the subject. A chart depicting vacancy over the past five years and forecasted vacancy was obtained from Costar.com, and is set forth below:



There is approximately 1.1 million square feet of retail space within the surveyed area.  The current indicated vacancy rate is 1.4%; and the five-year historical average vacancy was 2.3%.  Costar forecasts a net vacancy change of less than 1% over the next three years.  Considering the subject's attributes and current market conditions, vacancy has been estimated in-line with the surveyed results at 2%; and Credit/Collection Loss has been estimated at 1%.

From the PGR is deducted the estimated Vacancy and Credit Loss resulting in the Effective Gross Revenue (EGR).

**Expenses**
From the EGR is deducted the aforementioned reimbursable operating expenses along with those expenses deemed non-reimbursable.  These include Management (based on a percentage of BRR, adjusted for vacancy), Structural/Replacement Reserves, and Professional Fees (legal & accounting) & Miscellaneous expenses.  Deducting the Operating Expenses from the Effective Gross Revenue results in the Net Operating Income.

Appraisal One, Inc.                                     301 Walnut Street, Borough of Royersford, Montgomery County, Pennsylvania

**Direct Capitalization Method**

In order to capitalize the estimated net operating income into a value estimate for the property, we used direct capitalization.  Direct capitalization involves the capitalization of anticipated net operating income for the next year at an overall rate of return.  This rate is also commonly referred to as the "going-in" capitalization rate.

Capitalization is the process by which an income stream is converted into a value estimate. It is typically a synthesis of mortgage and equity return requirement as of the valuation date. Direct Capitalization is a method used in the income capitalization approach to convert a single year's income expectancy into a value indication. It is most appropriate when properties are already operating on a stabilized basis, or when stabilization can be readily achieved.

Your appraiser has utilized the Direct Capitalization Method when estimating the market value of the subject property via the Income Approach to Value.  The Direct Capitalization Method was utilized because investors of single-user properties similar to the subject property do not typically rely on the intricacies of sophisticated discounted cash flows.

In selecting the rate, we have considered yields offered by markets competing with real estate for investment capital, the prospective of additional capital yield via appreciation, tax benefits available to owners of real property and the risk associated with an investment in the subject property itself. These include the Band-of-Investment Method, the Akerson Method (which expands the Band-of-Investment), market derived capitalization rates through improved comparable sales (if available), and a review of survey data of real estate investors capitalization rates from RealtyRates Real Estate Investor Survey (if applicable). Overall capitalization rates can be estimated with various techniques depending on the quantity and quality of the data available, the property type and characteristics, and the level of complexity of the income stream.

Appraisal One, Inc.                              301 Walnut Street, Borough of Royersford, Montgomery County, Pennsylvania

Permanent Financing Rates

Interest rates vary depending on various factors including risk, Federal Reserve rates, money supply, money demand and inflation.  Rate changes have a direct effect on real estate prices.  Below is a chart showing surveyed interest rates for various commercial properties, as of the 2nd Quarter 2025 (from RealtyRates.com):

### RealtyRates.com INVESTOR SURVEY - 2nd Quarter 2025*
### PERMANENT FIXED-RATE FINANCING

| | Apt. | Golf | Health Senior Housing | Ind. | Lodging | RV/Camp Mfg Hsg MH Park | Office | Restaurant | Retail | Self Storage | Special Purpose |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Spread Over Base**** | | | | | | | | | | | |
| Minimim | 0.52% | 1.22% | 1.22% | 1.05% | 1.42% | 1.12% | 1.07% | 1.55% | 0.80% | 1.07% | 1.46% |
| Maximum | 4.82% | 9.98% | 6.03% | 5.80% | 9.86% | 8.46% | 6.72% | 11.82% | 5.94% | 5.92% | 11.98% |
| Average | 2.90% | 4.96% | 3.87% | 3.41% | 3.50% | 4.66% | 3.40% | 5.44% | 3.70% | 4.21% | 5.62% |
| **Interest Rate** | | | | | | | | | | | |
| Minimim | 4.82% | 5.52% | 5.52% | 5.35% | 5.72% | 5.42% | 5.37% | 5.85% | 5.10% | 5.37% | 5.76% |
| Maximum | 9.12% | 14.28% | 10.33% | 10.10% | 14.16% | 12.76% | 11.02% | 16.12% | 10.24% | 10.22% | 16.28% |
| Average | 7.20% | 9.26% | 8.17% | 7.71% | 7.80% | 8.96% | 7.70% | 9.74% | 8.00% | 8.51% | 9.92% |
| **Debt Coverage Ratio** | | | | | | | | | | | |
| Minimim | 1.00 | 1.15 | 1.05 | 1.10 | 1.05 | 1.10 | 1.10 | 1.10 | 1.10 | 1.10 | 1.15 |
| Maximum | 1.86 | 2.15 | 2.25 | 2.05 | 2.85 | 2.05 | 2.15 | 2.15 | 2.15 | 2.50 | 2.15 |
| Average | 1.43 | 1.53 | 1.48 | 1.44 | 1.52 | 1.35 | 1.63 | 1.55 | 1.39 | 1.51 | 1.70 |
| **Loan-to-Value Ratio** | | | | | | | | | | | |
| Minimim | 55% | 50% | 50% | 50% | 50% | 50% | 50% | 50% | 50% | 50% | 50% |
| Maximum | 90% | 80% | 90% | 87% | 80% | 80% | 80% | 80% | 80% | 80% | 80% |
| Average | 73% | 67% | 70% | 70% | 67% | 69% | 68% | 66% | 70% | 70% | 66% |
| **Amortization (Yrs.)** | | | | | | | | | | | |
| Minimim | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 40 | 15 |
| Maximum | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 30 | 40 | 15 | 40 |
| Average | 26 | 23 | 25 | 25 | 23 | 26 | 30 | 22 | 25 | 28 | 23 |
| **Term (Yrs.)** | | | | | | | | | | | |
| Minimim | 3 | 5 | 3 | 3 | 5 | 5 | 3 | 3 | 3 | 3 | 3 |
| Maximum | 40 | 30 | 25 | 30 | 30 | 30 | 30 | 15 | 10 | 10 | 20 |
| Average | 20.50 | 9.00 | 13.65 | 11.46 | 7.80 | 9.15 | 8.00 | 7.45 | 6.20 | 6.10 | 7.85 |
| **** 10-Year Treasury** | | | | | | | | | | | |

*1st Quarter 2025 Data                                          Copyright 2025 RealtyRates.com™

Appraisal One, Inc.                                      301 Walnut Street, Borough of Royersford, Montgomery County, Pennsylvania

## Band of Investment

As most properties are purchased with debt and equity capital, the overall capitalization rate must satisfy the market return requirements of both investment positions. Lenders must anticipate receiving a competitive interest rate commensurate with the perceived risk of the investment.  Similarly, equity investors must anticipate receiving a competitive equity cash return commensurate with the perceived risk.

| | | | |
|---|---|---|---|
| Mortgage Interest Rate (MR) | 8.50% | | |
| Amortization Period (AP) - years | 25 | | |
| Equity Capitalization Rate | 6.50% | | |
| Mortgage Constant | 0.097 | | |
| Calculations | | | |
| Mortgage    70.00% x | | 0.097 = | 0.0676 |
| Equity       30.00% x | | 0.065 = | 0.0195 |
| **OVERALL CAPITALIZATION RATE** | | | **8.71%** |

The mortgage rates, terms and equity yields are estimated based on conversations with market participants including real estate agents, brokers, lenders, investors, market studies and web-based data.

## Akerson Method

The Akerson Method is an expansion of the Band-of-Investment Method in that it considers the build-up of equity over the holding period and the anticipated appreciation in calculating the overall capitalization rate. The Akerson Method does not substitute the Band-of-Investment but provides another dimension to the analysis.

**Akerson Method**

| | |
|---|---|
| Mortgage Interest Rate (MR) | 8.50% |
| Amortization Period (AP) - years | 25 |
| Holding Period (HP) - years | 10 |
| Equity Yield  (EY) | 10.50% |
| Appreciation (A) | 3.00% |
| Loan to Value Ratio (LV) | 70.00% |
| Equity Ratio (ER) | 30.00% |
| Mortgage Constant (MC) | 0.0966 |
| Sinking Fund Factor (SF) | 0.0613 |
| Loan Reduction (LR) | 0.1823 |
| **Calculations** | |
| BLENDED CAPITALIZATION RATE | 9.91% |
| LESS: CREDIT FOR EQUITY BUILD-UP | 0.0078 |
| LESS: CREDIT FOR APPRECIATION | 0.0018 |
| **OVERALL CAPITALIZATION RATE** | **8.95%** |

\* (LV\*MC)+(ER\*EY) = Blended Capitalization Rate

\*\* ((LR\*LV)\*SF) = Credit For Equity Build-Up

\*\*\* (SF\*A) = Credit For Appreciation

29101                                                                                                                            65

Appraisal One, Inc.                                        301 Walnut Street, Borough of Royersford, Montgomery County, Pennsylvania

Direct Capitalization from Comparable Sales

Sale #1 sold with an in-place capitalization rate of 7.24%; and Sale #5 sold with an in-place capitalization rate of 6.94%. However, these are mixed-use properties that include part residential space and represent the low end of the comparable capitalization rate range. In the case of the other selected comparable sales, fee simple property rights were conveyed, or there was insufficient occupancy and/or income and expense information to accurately derive associated capitalization rates.

RealtyRates Real Estate Investor Survey

The RealtyRates Real Estate Investor Survey was also consulted. This is a nationally recognized real estate survey of commercial properties. Lacking a specific category for micro-brewery, bar, restaurant properties, we have utilized data from the Retail- All Types Market, which most closely resembles the subject property type. The most recent report published is the 2nd Quarter of 2025, with surveyed capitalization rates for the Retail- All Types Market ranging from 5.82% to 14.02%, with a mean of 9.75%.

**Reconciliation of Overall Capitalization Rate:**

| Method | Rates |
|---|---|
| Band-of-Investment Method | 8.71% |
| Akerson Method | 8.95% |
| Market Derived via Comparable Sales | 6.94%-7.24% |
| RealtyRates Real Estate Investor Survey | 9.75% (average) |
| **Reconciled Overall Capitalization Rate (rounded)** | **8.75%** |

From an investor's perspective, a capitalization rate should reflect the tenant's ability to meet the terms of a lease, permanent financing rates, and overall market conditions. Considering all factors, the higher the overall risk, the higher the cap rate should be.

In consideration of the subject's attributes and the current market conditions, we have estimated a capitalization rate of 8.75%. In order to arrive at the Projected Net Operating Income for the subject property an income/expense statement must be created, the calculations for which are set forth on the following page.

Appraisal One, Inc.      301 Walnut Street, Borough of Royersford, Montgomery County, Pennsylvania

**INCOME APPROACH - Direct Capitalization Method**
**301 WALNUT STREET, ROYERSFORD, PA 19468**

| Leasable Area | Annual Rent | Monthly Rent | Sq. Ft. | Rent per SF |
|---|---|---|---|---|
| Micro-brewery, bar, restaurant property | $155,875 | $12,990 | 6,235 | $25.00 |
| TOTAL | $155,875 | $12,990 | 6,235 | |

| | | | | |
|---|---|---|---|---|
| **BASE RENTAL REVENUE (ROUNDED)** | | | | $ 155,875 |
| Expense Reimbursement Revenue | $ 2.60 | X SF | | $ 16,211 |
| **TOTAL POTENTIAL GROSS REVENUE** | | | | $ 172,086 |
| Less: General Vacancy & Collection Loss | 3% | X PGR | | $ (5,163) |
| **EFFECTIVE GROSS REVENUE** | | | | $ 166,923 |
| **OPERATING EXPENSES** | | | | |
| Management | 4% | ** See Note | $ 6,048 | |
| Reimbursable Operating Expenses | $ 2.60 | X SF | $ 16,211 | |
| Structural Reserves | $ 0.25 | X SF | $ 1,559 | |
| Professional Fees & Miscellaneous | $ 1,000 | Flat $ | $ 1,000 | |
| **TOTAL OPERATING EXPENSES** | | | $ 24,818 | $ (24,818) |
| | | | | |
| **NET OPERATING INCOME (NOI)** | | | | $ 142,106 |
| **CAPITALIZATION RATE** | 8.75% | | | 8.75% |
| **"AS IS" VALUE INDICATION** | | | | $ 1,624,065 |
| **ROUNDED TO:** | | | | $ 1,625,000 |

*Market rent has been applied.

**The management expense is based on a percentage of the BRR, adjusted for vacancy.

The resulting Net Operating Income is capitalized at the estimated capitalization rate. As the subject is a single occupant building, the market would not likely adjust for stabilization. Applying the capitalization rate results in an As Is Market Value indication (rounded), of the fee simple estate, as of June 2, 2025, via the Income Approach, of:

**ONE MILLION SIX HUNDRED TWENTY-FIVE THOUSAND DOLLARS**
**$1,625,000**

Appraisal One, Inc.                                          301 Walnut Street, Borough of Royersford, Montgomery County, Pennsylvania

# CONCLUSION

The subject property is located along Walnut Street in the Borough of Royersford, Montgomery County, Pennsylvania. The property is identified by the Borough of Royersford Tax Assessor's Office as Tax Map #14 Lot #41 Grid #7671E5; and the Parcel/Tax ID is 19-00-04544-009.  The site comprises 0.293 acres and is located within the R-3 (Residence) zoning district. It is improved with a 6,235 square foot micro-brewery, bar, restaurant building. Site and building improvements are in good condition and offer adequate utility.  The highest and best use of the subject property is for continuation of the current use, which is a legal non-conforming use within the zoning district.

Two approaches were employed and resulted in the following indications:

**SALES COMPARISON APPROACH**............................................................................**$1,810,000**
**INCOME APPROACH** ..............................................................................................**$1,625,000**

Consideration was given to each approach, with greatest credence given to the Sales Comparison Approach followed by the Income Approach. The Sales Comparison Approach most accurately reflects the behavior of buyers and sellers in the marketplace, while the Income Approach is most applicable for long-term investment properties where the rental income earning potential is of primary importance. The Cost Approach has been excluded for reasons previously indicated in the Appraisal Process section of this report.

In my opinion, the As Is Market Value of the fee simple estate of the subject property **(real property only)**, subject to the assumptions and limiting conditions set forth below and herein, as of June 2, 2025, is:

<b>ONE MILLION SEVEN HUNDRED FIFTY THOUSAND DOLLARS<br>$1,750,000</b>

## EXTRAORDINARY ASSUMPTIONS
This appraisal does not employ any extraordinary assumptions.

## HYPOTHETICAL CONDITIONS
This appraisal does not employ any hypothetical conditions.

## GENERAL ASSUMPTIONS AND LIMITING CONDITIONS
Refer to addenda for a full list of general assumptions and limiting conditions.

Appraisal One, Inc.     301 Walnut Street, Borough of Royersford, Montgomery County, Pennsylvania

# CERTIFICATION STATEMENT

I certify that, to the best of my knowledge and belief:

- The statements of fact contained in this report are true and correct.

- The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.

- I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.

- Adam Frett previously appraised the subject property in April 2024.  We have performed no other services relating to the subject property, as appraisers or in any other capacity, within the three-year period preceding acceptance of this appraisal assignment.

- I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.

- My engagement in this assignment was not contingent upon developing or reporting predetermined results.

- My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.

- My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice.

- Adam Frett made a personal inspection of the property that is the subject of this report.

- No one provided significant real property appraisal assistance to the person signing this certification.

Adam Frett, Sr., SCGREA
Principal/Appraiser
PA State Certification #GA004107
Expiration: June 30, 2027

# GENERAL ASSUMPTIONS AND LIMITING CONDITIONS

1.   The legal description used in this report is assumed to be correct.

2.   No survey of the property has been made by the appraiser and no responsibility is assumed in connection with such matters. All engineering is assumed to be correct. Any sketches, plot plans and drawings included in this report are included only to assist the reader in visualizing the property. Any map included in this report is for demonstration purposes only. Any use of any map or sketch, with respect to accuracy and precision shall be the sole responsibility of the user.

3.   No responsibility is assumed for matters of a legal nature affecting title to the property nor is an opinion of title rendered. The title is assumed to be good and merchantable.

4.   Information furnished by others is assumed to be true, correct, and reliable. No warranty is given for its accuracy.

5.   All mortgages, liens, encumbrances, leases, and servitudes have been disregarded unless so specified within the report. The property is appraised as though under responsible ownership and competent management.

6.   It is assumed that there are no hidden or unapparent conditions of the property, subsoil, or structures which would render it more or less valuable. No responsibility is assumed for such conditions or for engineering which may be required to discover them.

7.   In this appraisal assignment the existence of potentially hazardous materials used in the construction or maintenance of the building, such as the presence of urea formaldehyde or asbestos insulation, and/or the existence of toxic wastes, which may or may not be present on the property, has not been considered. The appraiser is not qualified to detect such substances. The client is urged to retain an expert in this field if desired.

8.   It is assumed that there is full compliance with all applicable federal, state, and local environmental regulations and laws unless non-compliance is stated, defined, and considered in the appraisal report.

9.   It is assumed that all applicable zoning and use regulations and restrictions have been complied with, unless a non-conformity has been stated, defined, and considered in the appraisal report.

10.  It is assumed that all required licenses, consents or other legislative or administrative authority from any local, state, or national governmental or private entity or organization have been or can be obtained or renewed for any use on which the value estimate contained in this report is based.

11.  It is assumed that the utilization of the land and improvements is within the boundaries or property lines of the property described and there is no encroachment or trespass unless noted within the report.

12.  The appraiser will not be required to give testimony or appear in court because of having made this appraisal, with reference to the property in question, unless arrangements have been previously made therefore.

13.  Possession of this report, or a copy thereof, does not carry with it the right of publication. It may not be used for any purpose by any person other than the party to whom it is addressed without the written consent of the appraiser, and in any event only with proper written qualification and only in its entirety.

14.  The distribution of the total valuation in this report between land and improvements applies only under the reported highest and best use of the property. The allocations of value for land and improvements must not be used in conjunction with any other appraisal and are invalid if so used.

15.  No environmental impact studies were either requested or made in conjunction with this appraisal, and the appraiser hereby reserves the right to alter, amend, revise, or rescind any of the value opinions based upon any subsequent environmental impact studies, research, or investigation.

16.  Neither all nor any part of the contents of this report, or copy thereof, shall be conveyed to the public through advertising, public relations, news, sales or any other media without written consent and approval of the appraiser. Nor shall the appraiser, firm or professional organization of which the appraiser is a member be identified without written consent of the appraiser.

17.  Acceptance of and/or use of this appraisal report constitutes acceptance of the foregoing general assumptions and general limiting conditions.

18.  Environmental considerations have become a major factor in the Commonwealth of Pennsylvania and, if a cleanup is necessary, the expense can be significant. Unless otherwise noted, the valuation in this appraisal report is based on there being no environmental problems associated with the property. If there are any environmental problems, I reserve the right to amend our opinion of value. I am not an expert in regard to environmental matters; however, potential problems will be noted. If the property is such that there are potential problems, a Phase I Environmental Audit will be recommended. Even if an environmental audit is not recommended, the client is urged to retain an expert in the field, if warranted.

19.     The value estimate(s) set forth is conditioned upon the subject property meeting the requirements of the Americans with Disabilities Act, known as "ADA", which requires all existing public accommodations  to comply with rigid standards as set forth by the "ADA", effective January 26, 1992.  This Act also requires compliance for all new facilities designed and constructed for first occupancy later than January 26, 1993. Private clubs and religious organizations are exempt from this law; however, "new commercial facilities", such as office buildings, must also be made accessible to handicap persons. Under the "ADA", existing "commercial facilities" may remain as they are, unless an alteration takes place, in which case, the local municipality has the right to order compliance with the "ADA". This action is usually triggered by the application for a building permit. Items that are to conform to "ADA" guidelines include: parking areas; walkways; curbs; handicap ramps; entrance doors; floor coverings; telephones; water fountains; elevators; signage; fire alarm systems; and public rest rooms.

20.     This appraisal is subject to the limitation, conditions, and assumptions set forth in the cover letter which accompanies this appraisal report.

# DEFINITIONS OF SOME COMMON APPRAISAL TERMINOLOGY

Source: The Dictionary of Real Estate Appraisal

Absorption period - The actual or expected period of time required from when a property is initially offered for purchase or use by its eventual users until all portions have been disposed of by sale or until stabilized occupancy has been achieved.

Accrued depreciation - The difference between an improvement's reproduction or replacement cost and its market value as of the date of appraisal.

Assessed value - the value according to the tax rolls in ad valorem taxation.

Band of investment - A technique in which cash flow rates attributable to components of a capital investment are weighted and combined to derive a weighted average rate attributable to the total investment.

Base rent - the minimum rent stipulated in a lease.

Basis point - one one-hundredth of one percentage point.

Bundle of rights theory - the concept that compares property ownership to a bundle of sticks with each stick representing a district and separate right of the property owner, e.g., the right to use real estate, to sell it, to lease it, to give it away, or to choose to exercise all or none of these rights.

Capitalization Rate - any rate used to convert income into value.

Cash equivalent - a price expressed in terms of cash, as distinguished from a price expressed totally or partly in terms of the face amounts of notes or other securities that cannot be sold at their face amounts.

Cash flow analysis - a study of the anticipated movement of cash in or out of real estate.

Cash on cash - the ratio of the annual equity income to the equity investment.  Also called the equity capitalization rate of equity dividend rate.

Common Area - The total area within a property that us not designated for sale or rental, but is available for common use by all owners, tenants or their invitee's, e.g., parking and its appurtenances, malls, sidewalks, landscaped areas, public toilets and service facilities.

Common Area Maintenance (CAM) - expenses of operating and maintaining common areas.

Concession - an inducement to a tenant to lease space, usually in the form of free rent, additional tenant improvement allowance, moving costs, etc.

Consumer Price Index (CPI) - a measurement of the cost of living determined by the U.S. Bureau of Labor Statistics.

Contract rent - the actual rental income specified in a lease.

Debt coverage ratio - the ratio of net operating income to annual debt service (DCR = NOI/IM).

Deferred maintenance - curable, physical deterioration that should be corrected immediately, although work has not commenced.

Development right - the right to build on or beneath a property, subject to local zoning, building codes, etc.

Direct capitalization - the method used to convert an estimate of a single year's income expectancy or an average of several years' income expectancies into an indication of value in one direct step, either by dividing the income estimate by an appropriate rate or by multiplying the income estimate by an appropriate factor.

Discounted cash flow analysis - a set of procedures in which the quantity, variability, timing, and duration of periodic income, as well as the quantity and timing of reversions, are specified and discounted to a present value or a specified yield.

Discount rate - a rate of return commensurate with the perceived risk used to convert future payments or receipts into present value.

Easement - an interest in real property that conveys use, but not ownership, of a portion of an owner's property.

Easement appurtenant - an easement that is attached to, benefits, and passes with the conveyance of the dominant estate.

Economic age-life method - the method of estimating accrued deprecation in which the ratio of a building's effective age to its total life is applied to the current cost of the improvements to obtain a lump sum deduction.

Economic life - the period over which improvements to real property contribute to property value.

Effective age - the age indicated by the condition and utility of a structure.

Effective gross income (EGI) - the anticipated income from all operations of real property adjusted for vacancy and collection loss.

Effective tax rate - the ratio between a property's annual property tax and its market value; the tax rate times the assessed value divided by the market value; the official tax rate times the assessment ratio.

Equity capitalization (dividend) rate - an income rate that reflects the relationship between a single's year pre-tax cash flow expectancy and the equity investment.

Equity yield rate - an annualized rate of return on equity capital, as distinguished from the rate of return on debt capital or interest.

Excess land- land not needed to serve or support the existing use.  The highest and best use of the excess land may or may not be the same as the highest and best use of the improved parcel. Excess land has the potential to be sold separately and is valued separately.

Exposure time- the estimated length of time that the property interest being appraised would have been offered on the market prior to the hypothetical consummation of a sale at market value on the effective date of the appraisal. (Note: exposure time is a retrospective opinion based on an analysis of past events assuming a competitive and open market)

External obsolescence - an element of accrued depreciation; a defect, usually incurable, caused by negative influences outside a site.

Extraordinary Assumptions - an assumption, directly related to a specific assignment, which, if found to be false, could alter the appraiser's opinions or conclusions. Extraordinary assumptions presume as fact otherwise uncertain information about physical, legal, or economic characteristics of the subject property; or about conditions external to the property such as market conditions or trends; or about the integrity of data used in an analysis.

Fee simple estate - absolute ownership unencumbered by any other interest or estate subject to only the four powers of government.

Functional obsolescence - a defect caused by a defect in the structure, materials, or design.

Hypothetical conditions – that which is contrary to what exists but is supposed for the purpose of analysis.  Hypothetical conditions assume conditions contrary to known facts about physical, legal, or economic characteristics of the subject property; or about conditions external to the property, such as market conditions or trends; or about the integrity of data used in an analysis.

Internal rate of return - a measurement of investment performance; the rate of return on capital that is generated within an investment over a period of ownership.

Land-to-building ratio - the proportion of land area to gross building area.

Leased fee estate - an ownership interest held by a landlord with the right of use an occupancy conveyed by lease to others.

Marketing time - the time it takes an interest in real property to sell on the market sub-sequent to the date of an appraisal.

Market rent - the most probable rent that a property should bring in a competitive and open market reflecting the conditions and restrictions of a specified lease agreement, including the rental adjustment and revaluation, permitted uses, use restrictions, expense obligations, term, concessions, renewal and purchase options, and tenant improvements (TIs).

Net operating income - the actual or anticipated net income remaining after deducting all operating expenses from effective gross income, but before deducting mortgage debt service and book depreciation.

Potential gross income - the total income attributable to real property at full occupancy before deduction for vacancy and operating expenses.

Present value - A value opinion effective as of a specified future date. The term does not define a type of value. Instead, it identifies a value opinion as being effective at some specific future date. An opinion of value as of a prospective date is frequently sought in connection with projects that are proposed, under construction, or under conversion to a new use, or those that have not yet achieved sellout or a stabilized level of long-term occupancy.

Rentable Area - This is the usable area of an office area, with its associated share of both floor common area and building common area added on.  Rentable area is determined by multiplying the Usable area by the combined R/U ratio.

Surplus land- land that is not currently needed to support the existing use but cannot be separated from the property and sold off for another use. Surplus land does not have an independent highest and best use and may or may not contribute value to the improved parcel.

Terminal capitalization rate - the rate used to convert income into an indication of the anticipated value of the subject real property at the end of the holding period.

Vacancy and collection loss - an allowance for reduction in potential income attributable to vacancies, tenant turnover, and nonpayment of rent.

**ADDENDA**

**ENGAGEMENT LETTER**



ADMINISTRATIVE AND LOAN OFFICES

5/14/2025

Appraisal One, Inc.

150 Cooper Road Suite A-3, West Berlin, NJ 08091

ATTN: Adam Brett

RE    301 Walnut Street, Royersford, PA 19468
      Appraisal - Appraisal Report

Dear Adam Brett:

This will confirm our authorization for you to prepare a Commercial Appraisal - Appraisal Report of the above referenced property for the purpose of estimating "Market Value" as defined below and to prepared and deliver the undersigned three (3) copies electronically of your written report thereon. As one of our approved appraisers, your signature should appear on all copies of the report.

You are instructed to prepare a written appraisal report of the subject property in compliance with the following:

A. Standards

1. Conform to the Uniform Standards of Professional Appraisal Practices ("USPAP") adopted by the Appraisal Foundation except that the departure provision of the USPAP shall not apply to federally related transactions;
2. Disclose any steps taken that were necessary or appropriate to comply with the Competency Provision of the USPAP;
3. Be based upon the definition of market value as set forth below in paragraph B;
4. Be written and presented in a narrative format or on forms that satisfy all regulatory requirements; AND be sufficiently descriptive to enable the reader to ascertain the estimated market value and the rationale for the estimate; AND Provide detail and depth of analysis that reflect the complexity of the real estate appraised;
5. Analyze and report in reasonable detail any prior sales of the property being appraised that occurred within the following time periods:
    a. For 1 to 4 family residential property, one year preceding the date appraisal was prepared; and
    b. For all other property, three years preceding the date when the appraisal was prepared.
6. Analyze and report data on current revenues, expenses, and vacancies for the for the property if it is and will continue to be income-producing;
7. Analyze and report a reasonable marketing period for the subject property
8. Analyze and report on current market conditions and trends that will effect projected income or the absorption period, to the extent they effect the value of the subject property;
    a. The appraiser must factor into their valuation and disclose, any rent concessions, builder's discounts, or any other similar arrangement having an effect on the real estate being appraised.
9. Analyze and report appropriate deductions and discounts for any proposed construction, or any completed properties that are partially leased or leased at other than market rents as of the date of the appraisal, or any tract developments with unsold units;
10. Include in the certification required by the USPAP an additional statement that the appraisal assignment was not based on the requested minimum valuation, a specific valuation, or the approval of the loan;
11. Contain sufficient supporting documentation with all pertinent information reported so that the appraiser's logic, reasoning, judgment, and analysis in arriving at a conclusion to indicate to the reader the reasonableness of the market value reported;
12. Include a legal description of the real estate being appraised, in addition to the description required by the USPAP;
13. Identify and separately value any personal property, fixtures, or intangible items that are not real property but are included in the appraisal, and discuss the impact of their inclusion or exclusion on the estimate of market value; and
14. Follow a reasonable valuation method that addresses the direct sales comparison, income, and cost approaches to market value, reconciles those approaches, and explains the elimination of each approach not used.

15. Unavailability of information: If information required or deemed pertinent to the completion of an appraisal is unavailable, that fact shall be disclosed and explained in the appraisal.

B. "Market Value"

Means the most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not effected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:

1. Buyer and seller are typically motivated (both parties are seeking to maximize value);
2. Both parties are well informed or well advised and acting in what they consider their own best interests;
3. A reasonable time is allowed for exposure in the open market;
4. Payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto;
5. The price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.

If, in the course of the appraisal process and in your judgment, you determine that prevailing local market conditions for the property require value discounting, you are to specifically so state in the report. Further, any modifying terms (if included at all) associated with references to values from which discounts are deducted must be limited to such generic modifiers as "undiscounted value" or "future value" or "gross value before discount". In the event that you believe that more than one year will be necessary for a "Fair Sale" of the subject property, you shall so state. Further, you are instructed to state and justify the estimated time necessary for a fair sale of the property and you are instructed to state and justify the annual discount rate applied.

If, on the other hand, you determine that available market data accurately reflect current local market conditions, and that in the circumstances no discounting is required to reach your final value conclusions, that too should be specific and worked to clearly and readily convey to the reader of your report the fact that you have applied the definition of Market Value to the subject appraisal problem and that, in your judgment, value discounting is not required. Whether discounting is used or not, the appraisal report should include the appraiser's estimate of the time period necessary to consummate a fair sale of the subject property in accordance with the definition of Market Value. As part of this analysis, the actual number of days necessary to market the comparable properties used in your report should be provided as part of each sale description.

For Income Producing Properties, the appraisal should fully disclose your analysis and assumptions regarding the Income Capitalization Approach including vacancy rates, projected absorption rates, rental incentives/abatements, expenses and development of the Overall Capitalization Rate. In properties where use of a Discounted Cash Flow analysis is appropriate, this method should describe appropriate justification for projections and discount factors. A copy of this letter should appear in the Addenda of your report.

For purposes of assisting you in obtaining the information and data you might require to complete the assignment outlined above, please contact the undersigned.

### Appraisal Fee and Turnaround Time

It is further agreed that your fee for the subject appraisal shall not exceed **$2,400.00**; and that three (3) copies of your written report will be delivered to the undersigned by or before **6/4/2025**.

If the above fairly sets out your understanding of this appraisal assignment and the specifications pertaining thereto, please signify by checking the box below and clicking the "Accept" button. In the meantime, unless word is received from you to the contrary, we will assume that you are proceeding with the subject assignment as stated.

Sincerely,

Xenia Troche

1st Colonial Community Bank

(856) 463-1272

xtroche@1stcolonial.com

*ACCEPTED AND AGREED 5/14/2025*

Digitally signed by: Thawte RSA CA 2018
Date: 2025.05.14 17:41:47 -04:00
Reason: Engagement Letter Signed by Adam Frett.
Location: Global Data Management Systems, LLC. Application

**QUALIFICATIONS & STATE CERTIFICATION**

**PROFESSIONAL QUALIFICATIONS OF ADAM FRETT**

Email: adamappraisalone@gmail.com
Phone: 856-753-3030

REAL ESTATE VALUATION AND CONSULTING (2008 TO PRESENT)
Real estate valuation of all types of improved and unimproved commercial and residential real property located in New Jersey, Pennsylvania and Delaware with extensive experience in the following:

| Proposed Development Projects | Apartments | Lodging Facilities |
|---|---|---|
| Retail Properties | Mixed Use Properties | Campgrounds/Mobile Home Parks |
| Office Properties | Industrial Properties | Institutional Properties |
| | Agricultural Properties | |

PROFESSIONAL LICENSES AND CERTIFICATIONS
State of New Jersey- Certified General Real Estate Appraiser- 42RG00244400
State of Pennsylvania- Certified General Real Estate Appraiser- GA004107
State of Delaware- Certified General Real Estate Appraiser- X1-0010783
Licensed NJ Real Estate Agent

APPRAISAL EMPLOYMENT AND EXPERIENCE
Principal/owner, Appraisal One, Inc. (2019 to present)
Appraisal One, Inc.- Commercial and residential appraiser (2008 to present)
Residential Appraisal Manager, Appraisal One, Inc. (2013 to 2019)
Tony Kamand Realty LLC- Commercial and residential appraiser (2009 to 2017)

Appraisal experience since 2008 includes preparation of over 3,000 narrative commercial appraisal reports and consulting assignments of various property types; preparation of approximately 6,000 residential appraisal reports; management  and supervision of numerous residential appraisers; and commercial appraisal review.

QUALIFIED AS EXPERT WITNESS
County tax boards, municipal tax hearings, divorce court, estate tax proceedings and various municipal planning and administrative bodies

REAL ESTATE EDUCATION
-300 hours qualifying education through Appraisal Institute, McKissock and Camden County Community College
-75 hour real estate license course (Garden State Real Estate Academy)
-Biennial continuing education including USPAP, in accordance with NJ, PA and DE statutes

ASSOCIATION MEMBERSHIPS
Candidate, American Society of Appraisers

REPRESENTATIVE CLIENTS
Banks, Attorneys, Developers, Government Agencies, Insurance Companies and Institutional Investors



**Commonwealth of Pennsylvania- Department of State
Bureau of Professional and Occupational Affairs**

Mailing Address P.O. Box 2649, Harrisburg, PA 17105        Toll Free: 1-833-DOS-BPOA



### *ADAM DAVID FRETT*

| License Number | : GA004107 | Initial License Date : 10/01/2014 | Expiration Date | : 06/30/2027 |
| License Type | : Certified General Appraiser | | License Status as of 5/2/2025 : Active | |
| Issued By | : State Board of Certified Real Estate Appraisers | | | |
| Address | : 150 COOPER RD, SUITE A-3 WEST BERLIN, NJ 08091 | | | |



*Arion R. Claggett*

Acting Commissioner Arion R. Claggett

Signature of Licensee

SCAN ME

Please verify the license by visiting https://www.pals.pa.gov/verify or by scanning the QR Code

202505012375